1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  BRADLEY SOLOMON
   Deputy Attorney General
4  State Bar No. 140625
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-3664
     Telephone: (415) 703-5627
6    Fax: (415) 703-5480
     Email: bradley.solomon@doj.ca.gov
7  Attorneys for Defendant Edmund G. Brown Jr.,
   California Attorney General appearing specially in the
8  matter herein

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  JOHN GABOR and KAY GABOR,                     C 07 04266 RMW

                              Plaintiffs,         STIPULATION RE: DISMISSAL
14                                                OF EDMUND G. BROWN, JR.,
         v.                                       CALIFORNIA ATTORNEY
15                                                GENERAL AND [PROPOSED]
    COUNTY OF SANTA CLARA BOARD OF                ORDER
16  SUPERVISORS in their official capacity; KEN
    YEAGER in his municipal and individual        [F.R.C.P. 41(a)(1)]
17  capacity; ANN RAVEL, county counsel, in her
    municipal and individual capacity; DELORES
18  CARR, district attorney, in her official and
    individual capacity; LAURIE SMITH, sheriff;
19  in her municipal and individual capacity;
    CITY OF CAMPBELL in its municipal
20  capacity; CITY OF CAMPBELL CITY
    MANAGER DANIEL RICH in his municipal
21  and individual capacity; CITY OF
    CAMPBELL COMMUNITY
22  DEVELOPMENT DEPARTMENT in its
    municipal capacity; SUSAN MORGADO-
23  GRAY in her municipal and individual
    capacity; EDMUND G. BROWN, JR, attorney
24  general, in his official capacity; UNITED
    STATES ATTORNEY FOR THE
25  NORTHERN DISTRICT OF CALIFORNIA
    SCOTT N. SCHOOLS in his official capacity;
26  and DOES 1-100,

27                            Defendants.

28

Stip. re Dismissal of Edmund G. Brown Jr., California AG & [Proposed] Order - C 07 04266 RMW

1

1    IT IS HEREBY STIPULATED by and between the parties to this action, with defendant
2 stipulating through counsel of record, that:
3    1. Plaintiffs JOHN GABOR AND KAY GABOR's (1) Civil Rights Complaint, (2) Amended
4 Temporary Restraining Order, (3) Application for Order to Show Cause; and (4) Motion for
5 Preliminary Injunction against defendant EDMUND G. BROWN JR., California Attorney General,
6 be and hereby are dismissed with prejudice.
7    2. Plaintiffs JOHN GABOR AND KAY GABOR and defendant EDMUND G. BROWN JR.,
8 California Attorney General, agree to bear their own costs and fees associated with the dismissal of
9 the above-referenced matters; including plaintiffs' Civil Rights Complaint, Amended Temporary
10 Restraining Order, Application for Order to Show Cause and Motion for Preliminary Injunction.
11 SO STIPULATED.

12    Dated: Sept 5-07    _____
                          JOHN GABOR
13                        Plaintiff

14    Dated: Sept. 5-07   _____
15                        KAY GABOR
                          Plaintiff
16

17    Dated: Sept. 6-07   _____
                          BRADLEY SOLOMON
18                        Attorney for Defendant Edmund G. Brown Jr.

Stip. re Dismissal of Edmund G. Brown Jr., California AG & [Proposed] Order - C 07 04266 RMW

2