1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION          ***E-FILED - 9/12/07***

| | |
|---|---|
| **JOHN GABOR and KAY GABOR,** | C 07 04266 RMW |
| Plaintiffs, | **[] ORDER** |
| v. | |
| **COUNTY OF SANTA CLARA BOARD OF SUPERVISORS in their official capacity; KEN YEAGER in his municipal and individual capacity; ANN RAVEL, county counsel, in her municipal and individual capacity; DELORES CARR, district attorney, in her official and individual capacity; LAURIE SMITH, sheriff; in her municipal and individual capacity; CITY OF CAMPBELL in its municipal capacity; CITY OF CAMPBELL CITY MANAGER DANIEL RICH in his municipal and individual capacity; CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT in its municipal capacity; SUSAN MORGADO-GRAY in her municipal and individual capacity; EDMUND G. BROWN, JR, attorney general, in his official capacity; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA SCOTT N. SCHOOLS in his official capacity; and DOES 1-100,** | |
| Defendants. | |

[] Order - C 07 04266 RMW

1

1  The parties having stipulated that plaintiff John Gabor and Kay Gabor's Civil Rights
2  Complaint, Amended Temporary Restraining Order, Application for Order to Show Cause and
3  Motion for Preliminary Injunction against defendant Edmund G. Brown Jr., California Attorney
4  General, is hereby dismissed with prejudice, with parties to bear their own costs and fees, it is
5  hereby ordered that said claims are dismissed with prejudice, with parties to bear their own costs and
6  fees.
7  IT IS SO ORDERED.
8  Dated: 9/12/07

*Ronald M. Whyte*
Judge Ronald M. Whyte
United States District Court

Order - C 07 04266 RMW

2