1  #65824-3-104
   TIMOTHY J. SCHMAL, ESQ. #104874
2  BURLEIGH E. SABIN, ESQ. #250185
   BURTON, VOLKMANN & SCHMAL, LLP
3  133 Mission Street, Suite 102
   Santa Cruz, CA 95060
4  Phone: (831) 425-5023
   Facsimile: (831) 427-3159
5
   Attorneys for Defendants, CITY OF CAMPBELL,
6  DANIEL RICH, Campbell City Manager, CITY OF
   CAMPBELL COMMUNITY DEVELOPMENT
7  DEPARTMENT (a legally indistinguishable sub-
   entity of the CITY OF CAMPBELL), SUSAN
8  MORGADO-GRAY

9

10                   IN THE UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13  JOHN GABOR and KAY GABOR,           ) Case No. C07 04266 RMW (HRL)
                                        )
14              Plaintiffs,             ) **DEFENDANTS' NOTICE OF HEARING**
                                        ) **OF MOTION FOR DISMISSAL [FRCP**
15      vs.                             ) **12(b)(6)]; MOTION FOR MORE**
                                        ) **DEFINITE STATEMENT BEFORE**
16  COUNTY OF SANTA CLARA BOARD         ) **INTERPOSING A RESPONSIVE**
    OF SUPERVISORS in their official    ) **PLEADING and MOTION TO STRIKE**
17  capacity; KEN YEAGER in his municipal ) **PLAINTIFFS' PLEADING [FRCP 12(e)];**
    and individual capacity; ANN RAVEL, ) **OPPOSITION TO TEMPORARY**
18  county counsel, in her municipal and ) **RESTRAINING ORDER AND**
    individual capacity; DELORES CARR,  ) **PRELIMINARY INJUNCTION [FRCP**
19  district attorney, in her official and ) **65]; MOTION TO REQUIRE**
    individual capacity; LAURIE SMITH,  ) **PLAINTIFFS TO OBTAIN LEAVE OF**
20  sheriff, in her municipal and individual ) **COURT TO FILE SUBSEQUENT**
    capacity; CITY OF CAMPBELL, in its  ) **REDUNDANT CLAIMS AGAINST**
21  municipal capacity; CITY OF CAMPBELL ) **DEFENDANTS**
    CITY MANAGER DANIEL RICH, in his    ) **(Vexatious Litigant)**
22  municipal and individual capacity; CITY )
    OF CAMPBELL COMMUNITY               ) Date: October 26, 2007
23  DEVELOPMENT DEPARTMENT in its       ) Time: 9:00 a.m.
    municipal capacity; SUSAN MORGADO-  ) Courtroom: 6, 4th Floor
24  GRAY in her municipal and individual ) Judge: Hon. Ronald M. Whyte
    capacity; EDMUND G. BROWN, JR.,     )
25  attorney general, in his official capacity; )
    UNITED STATES ATTORNEY FOR THE      )
26  NORTHERN DISTRICT OF                )
    CALIFORNIA SCOTT N. SCHOOLS in      )
27  his official capacity and DOES 1-100, )
                                        )
28              Defendants.             )

                                        1
   MOTION FOR DISMISSAL                   C07 04266 RMW (HRL)

TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 26, 2007, at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court, located at 280 South First Street, San Jose, California 95113, Defendants CITY OF CAMPBELL, DANIEL RICH, Campbell City Manager, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT (a legally indistinguishable sub-entity of the CITY OF CAMPBELL) and SUSAN MORGADO-GRAY will and hereby do move this Court pursuant to Federal Rules of Civil Procedure 12 for an order dismissing Plaintiffs' Complaint, in whole or in part, and/or certain causes of action of action asserted by Plaintiffs JOHN GABOR and KAY GABOR in their Complaint, and a judicial determination that the GABORS are vexatious litigants, with all appropriate orders flowing therefrom.

This Motion is based on this Notice of Motion, and the Motion previously filed on September 10, 2007, the Court files and pleadings in this action and any other matters that the Court may consider at the hearing.

Dated: September 14, 2007     BURTON, VOLKMANN & SCHMAL, LLP

BY:
TIMOTHY J. SCHMAL
BURLEIGH E. SABIN
Attorneys for Defendants, CITY OF CAMPBELL, DANIEL RICH, Campbell City Manager, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT (a legally indistinguishable sub-entity of the CITY OF CAMPBELL), SUSAN MORGADO-GRAY.