| | |
|---|---|
| Case Name: | JOHN GABOR and KAY GABOR v. COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al. |
| Case No.: | C07 04266 RMW (HRL) |
| File No.: | 65824-3-104  (Updated 9/10/07) |

**PROOF OF SERVICE - CCP §1013a, 2015.5**

I certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 133 Mission Street, Suite 102, Santa Cruz, CA 95060, which is located in the County where the mailing described below took place.

On the date set forth below, I served a copy of the within

**DEFENDANTS' NOTICE OF HEARING OF MOTION FOR DISMISSAL [FRCP 12(b)(6)]; MOTION FOR MORE DEFINITE STATEMENT BEFORE INTERPOSING A RESPONSIVE PLEADING and MOTION TO STRIKE PLAINTIFFS' PLEADING [FRCP 12(e)]; OPPOSITION TO TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [FRCP 65]; MOTION TO REQUIRE PLAINTIFFS TO OBTAIN LEAVE OF COURT TO FILE SUBSEQUENT REDUNDANT CLAIMS AGAINST DEFENDANTS (Vexatious Litigant)**

on the parties in this action, by the following means:

__X__ **(BY MAIL)** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

_____ **(BY FEDERAL EXPRESS)** I deposited such envelopes to be placed for collection and handling via Federal Express following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for Federal Express. On the same day that material is placed for collection, it is picked up by Federal Express at Santa Cruz, Santa Cruz County, California.

_____ **(BY FAX TRANSMISSION)** By transmitting a true copy thereof from sending facsimile machine telephone number (831) 427-3159 to the following parties at the receiving facsimile machine numbers shown below. The transmission was completed at ____ M on _____, reported as complete and without error, and the transmission report attached was properly issued by the transmitting facsimile machine.

_____ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

__X__ **(FEDERAL COURT)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **VIA E-FILING**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 14, 2007, at Santa Cruz, California.

*Susan Brennan*
Susan Brennan

NAMES AND ADDRESSES OR FAX NUMBERS OF EACH PARTY SERVED:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

John Gabor
590 Smokey Court
Campbell, CA   95008-3717
*In Propria Persona*
(408)378-4326

Kay Gabor
590 Smokey Court
Campbell, CA   95008-3717
*In Propria Persona*
(408)378-4326

Ann Miller Ravel
Marcy L. Berkman
Office of the County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA   95110-1770

For:  County of Santa Clara
(408)299-5900
FAX (408)292-7240