**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 18, 2007

RE: <u>CV 07-04266 RMW    JOHN GABOR, ET AL-v- COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, ET AL</u>

Default is declined as to Community Development Dept., in its municipal capacity on September 14, 2007.

RICHARD W. WIEKING, Clerk

by: <u>/s/ D. Miyashiro</u>
Case Systems Administrator