**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 18, 2007

RE: CV 07-04266 RMW    JOHN GABOR, ET AL-v- COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, ET AL

Default is declined as to Community Development Dept., in its municipal capacity on September 14, 2007.

RICHARD W. WIEKING, Clerk

by: /s/ D. Miyashiro
Case Systems Administrator

DEFAULT DECLINED
9/14/2007
RICHARD W. WIEKING, CLERK

APPLICATION FOR DEFAULT JUDGMENT
BY CLERK

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 07 SEP 13 AM

JOHN GABOR and KAY GABOR,            )    Civil Action No.: **5:07-cv-04266-RMW**
                                     )
            Plaintiffs,              )    APPLICATION FOR DEFAULT JUDGMENT
                                     )    BY CLERK AGAINST DEFENDANT
    vs.                              )    **COMMUNITY DEVELOPMENT DEPT.**
COUNTY OF SANTA CLARA BOARD          )    **in its municipal capacity**
OF SUPERVISORS, et al.               )
            Defendants.              )
_____)

ORIGINAL FILED
SEP 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs John Gabor and Kay Gabor, hereby requests a default judgment against defendant **COMMUNITY DEVELOPMENT DEPT. in its municipal capacity.** under Rule 55(b)(1) of the Federal Rules of Civil Procedure.

    1.   <u>Entry of clerk's default:</u>   A request for entry of clerk's default for failure to respond or appear was filed herein on September 12th, 2007

    2.   <u>Proof required for clerk's judgment:</u>   The declaration of plaintiffs John Gabor and Kay Gabor filed herewith establishes proof of : (a) a sum certain due and owing plaintiffs $1,000,000.00 by said defendant **COMMUNITY DEVELOPMENT DEPT.** in its municipal capacity; (b) pursuant to Rule 4 of the Federal Rules of Civil Procedure; (c) defendant's nonmilitary status; and (d) costs properly awardable by the clerk.

    3.   <u>Judgment to be entered:</u>

Damages pursuant to Rule 4, Complaint, Docket No. 1, at paragraph 82, $1,000,000.00.

Prejudgment and post-judgment interest authorized pursuant to Civil remedies of Title 28 United States Code § 1343 and Title 42 U.S.C. § 1985(3).

APPLICATION FOR DEFAULT JUDGMENT BY CLERK    page 1 of 2



Costs of suit.

DATED: September 12, 2007            _____
                                     JOHN GABOR, plaintiff
                                     590 Smokey Court
                                     Campbell, CA 95008

DATED: September 12, 2007            _____
                                     KAY GABOR, plaintiff
                                     590 Smokey Court
                                     Campbell, CA 95008