**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 18, 2007

RE: <u>CV 07-04266 RMW    JOHN GABOR, ET AL -v- COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, ET AL</u>

Default is declined as to County of Santa Clara Board of Supervisors in their municipal capacity on September 14, 2007.

RICHARD W. WIEKING, Clerk

by: /s/ D. Miyashiro
Case Systems Administrator

**DEFAULT DECLINED**
9/14/2007
RICHARD W. WIEKING, CLERK
BY
DEPUTY CLERK

APPLICATION FOR DEFAULT JUDGMENT
BY CLERK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR and KAY GABOR, ) | Civil Action No.: **5:07-cv-04266-RMW** |
| ) | |
| Plaintiffs, ) | APPLICATION FOR DEFAULT JUDGMENT |
| ) | BY CLERK AGAINST DEFENDANT |
| vs. ) | **COUNTY OF SANTA CLARA BOARD** |
| COUNTY OF SANTA CLARA BOARD ) | **BOARD OF SUPERVISORS** |
| OF SUPERVISORS, et al. ) | |
| Defendants. ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs John Gabor and Kay Gabor, hereby requests a default judgment against defendant County of Santa Clara Board of Supervisors in their municipal capacity under Rule 55(b)(1) of the Federal Rules of Civil Procedure.

1. <u>Entry of clerk's default:</u>   A request for entry of clerk's default for failure to respond or appear was filed herein on September 12th, 2007

2. <u>Proof required for clerk's judgment:</u>  The declaration of plaintiffs John Gabor and Kay Gabor filed herewith establishes proof of : (a) a sum certain due and owing plaintiffs $1,000,000.00 by said defendant County of Santa Clara Board of Supervisors in their municipal capacity;
(b) pursuant to Rule 4 of the Federal Rules of Civil Procedure; (c) defendant's nonmilitary status; and
(d) costs properly awardable by the clerk.

3. <u>Judgment to be entered:</u>

Damages pursuant to Rule 4, Complaint, Docket No. 1, at paragraph 82, $1,000,000.00.

Prejudgment and post-judgment interest authorized pursuant to Civil remedies of Title 28 United States Code § 1343 and Title 42 U.S.C. § 1985(3).

APPLICATION FOR DEFAULT JUDGMENT BY CLERK       page 1 of 2

Costs of suit.

DATED: September 12, 2007

_____
JOHN GABOR, plaintiff
590 Smokey Court
Campbell, CA 95008

DATED: September 12, 2007

_____
KAY GABOR, plaintiff
590 Smokey Court
Campbell, CA 95008