**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 18, 2007

RE: <u>CV 07-04266 RMW    JOHN GABOR, ET AL-v- COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, ET AL</u>

Default is declined as to Susan Morgado-Gray in her individual capacity on September 14, 2007.

RICHARD W. WIEKING, Clerk

by: /s/ D. Miyashiro
Case Systems Administrator

DEFAULT DECLINED
7/14/2007
RICHARD W. WIEKING, CLERK
DEPUTY CLERK

APPLICATION FOR DEFAULT JUDGMENT
BY CLERK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR and KAY GABOR, | Civil Action No.: 5:07-cv-04266-RMW |
| Plaintiffs, | APPLICATION FOR DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT |
| vs. | SUSAN MORGADO-GRAY |
| COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al. | in her individual capacity |
| Defendants. | |

ORIGINAL FILED
SEP 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs John Gabor and Kay Gabor, hereby requests a default judgment against defendant **SUSAN MORGADO-GRAY in her individual capacity.** under Rule 55(b)(1) of the Federal Rules of Civil Procedure.

1. <u>Entry of clerk's default:</u> A request for entry of clerk's default for failure to respond or appear was filed herein on September 12th, 2007

2. <u>Proof required for clerk's judgment:</u> The declaration of plaintiffs John Gabor and Kay Gabor filed herewith establishes proof of : (a) a sum certain due and owing plaintiffs $1,000,000.00 by said defendant **SUSAN MORGADO-GRAY** in her individual capacity; (b) pursuant to Rule 4 of the Federal Rules of Civil Procedure; (c) defendant's nonmilitary status; and (d) costs properly awardable by the clerk.

3. <u>Judgment to be entered:</u>

Damages pursuant to Rule 4, Complaint, Docket No. 1, at paragraph 82, $1,000,000.00.

Prejudgment and post-judgment interest authorized pursuant to Civil remedies of Title 28 United States Code § 1343 and Title 42 U.S.C. § 1985(3).

APPLICATION FOR DEFAULT JUDGMENT BY CLERK       page 1 of 2

Costs of suit.

DATED: September 12, 2007

*John Gabor* (signature)
JOHN GABOR, plaintiff
590 Smokey Court
Campbell, CA 95008

DATED: September 12, 2007

*Kay Gabor* (signature)
KAY GABOR, plaintiff
590 Smokey Court
Campbell, CA 95008