**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
408.535.5364

September 18, 2007

RE:  CV 07-04266 RMW        JOHN GABOR, ET AL-v- COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, ET AL

Default is declined as to Ann Ravel, in her individual capacity on September 14, 2007.

RICHARD W. WIEKING, Clerk

by: /s/ D. Miyashiro  
Case Systems Administrator