**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

September 18, 2007

RE: <u>CV 07-04266 RMW</u>    <u>JOHN GABOR, ET AL-v- COUNTY OF SANTA CLARA</u>
<u>BOARD OF SUPERVISORS, ET AL</u>

Default is declined as to Laurie Smith, in her individual capacity on September 14, 2007.

RICHARD W. WIEKING, Clerk

by: <u>/s/ D. Miyashiro</u>
Case Systems Administrator

**DEFAULT DECLINED**

~~9/14/2007~~

RICHARD W. WIEKING, CLERK

BY _____

DEPUTY CLERK

APPLICATION FOR DEFAULT JUDGMENT
BY CLERK

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
07 SEP 13 AM 11:
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA.

ORIGINAL FILED
SEP 1 3 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

|  |  |  |
|---|---|---|
| JOHN GABOR and KAY GABOR, | ) | Civil Action No.: **5:07-cv-04266-RMW** |
|  | ) |  |
| Plaintiffs, | ) | APPLICATION FOR DEFAULT JUDGMENT |
|  | ) | BY CLERK AGAINST DEFENDANT |
| vs. | ) | **LAURIE SMITH, in her individual capacity** |
| COUNTY OF SANTA CLARA BOARD | ) |  |
| OF SUPERVISORS, et al. | ) |  |
| Defendants. | ) |  |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs John Gabor and Kay Gabor, hereby requests a default judgment against defendant

**LAURIE SMITH, in her individual capacity.** under Rule 55(b)(1) of the Federal Rules of Civil

Procedure.

1.   <u>Entry of clerk's default:</u>     A request for entry of clerk's default for failure to respond

or appear was filed herein on September 12th, 2007

2.   <u>Proof required for clerk's judgment:</u>   The declaration of plaintiffs John Gabor and Kay

Gabor filed herewith establishes proof of : (a) a sum certain due and owing plaintiffs $1,000,000.00

by said defendant Laurie Smith in her individual capacity; (b) pursuant to Rule 4 of the Federal Rules of

Civil Procedure; (c) defendant's nonmilitary status; and (d) costs properly awardable by the clerk.

3.   <u>Judgment to be entered:</u>

Damages pursuant to Rule 4, Complaint, Docket No. 1, at paragraph 82, $1,000,000.00.

Prejudgment and post-judgment interest authorized pursuant to Civil remedies of Title 28 United

States Code § 1343 and Title 42 U.S.C. § 1985(3).

APPLICATION FOR DEFAULT JUDGMENT BY CLERK          page 1 of 2

Costs of suit.

DATED: September 12, 2007

JOHN GABOR, plaintiff
590 Smokey Court
Campbell, CA 95008

DATED: September 12, 2007

KAY GABOR, plaintiff
590 Smokey Court
Campbell, CA 95008