**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                          408.535.5364

September 18, 2007


RE:  <u>CV 07-04266 RMW</u>      <u>JOHN GABOR, ET AL-v- COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, ET AL</u>


Default is declined as to Ken Yeager, in his individual capacity on September 14, 2007.


                RICHARD W. WIEKING, Clerk


                by: <u>/s/ D. Miyashiro</u>
                Case Systems Administrator