ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
(ERRONEOUSLY SUED AS COUNTY OF SANTA CLARA BOARD OF SUPERVISORS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR and KAY GABOR | No. C07 04266 RMW (HRL) |
| Plaintiffs, | **NOTICE OF UNAVAILABILITY** |
| v. | |
| COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al. | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT commencing November 9, 2007, through and including December 8, 2007, MARCY L. BERKMAN, Counsel for Defendant, will be out of the country on vacation and will be unavailable for any purpose whatsoever, including but not limited to receiving notice of any kind, responding to *ex parte* applications, responding to, preparing or filing oppositions to motions not yet filed, appearing in court, or attending hearings and oral argument in this matter.

/ / /

/ / /

/ / /

/ / /

1     Purposely scheduling a conflicting proceeding without good cause is sanctionable conduct. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal. App. 4th 299.

Dated: October 3, 2007

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By:     /S/
MARCY L. BERKMAN
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

*John Gabor and Kay Gabor v. County of Santa Clara Board of Supervisors, et al.*

Case No.: C 07-04266 RMW (HRL)

I, Cassaundra M. Foster, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **NOTICE OF UNAVAILABILITY** by placing said copy in an envelope addressed to:

John and Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717

which envelope was then sealed, with postage fully prepaid thereon, on **October 3. 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **October 3, 2007**, at San Jose, California.

_____
Cassaundra M. Foster