APPEAL, CLOSED, ICMS, ProSe

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:96-cv-20470-RMW

Gabor, et al v. Ferriera, et al
Assigned to: Judge Ronald M. Whyte
Referred to: Magistrate Judge Patricia V. Trumbull
Demand: $20,000,000
Case in other court: USDC,Eastern Dist.CA, CIV-
          S-96-00420-DFL-JFM
Cause: 42:1983 Civil Rights Act

Date Filed: 06/10/1996
Date Terminated: 09/24/1996
Jury Demand: None
Nature of Suit: 440 Civil Rights:
Other
Jurisdiction: Federal Question

**Plaintiff**

**John Christopher Gabor**
*TERMINATED: 09/24/1996*

represented by **John Christopher Gabor**
590 Smokey Court
Campbell, CA 95008
(408) 378-4326
PRO SE

**John Christopher Gabor**
c/o L. Shultz
214 Laurelwood Circle
Manteca, CA 95336
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Gabor**
*TERMINATED: 09/24/1996*

represented by **John Gabor**
c/o L. Shultz
214 Laurelwood Circle
Manteca, CA 95336
PRO SE

**John Gabor**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**EXHIBIT 12**

V.

### Defendant

**Officer Ferriera**
*individually and in her official
capacity*

represented by **Jovita Prestoza Tamor**
Collins & Schlothauer
1818 The Alameda
San Jose, Ca 95126-1731
(408) 298-5161
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

### Defendant

**Officer Ramirez**
*individually and in his official
capacity*

represented by **Jovita Prestoza Tamor**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

### Defendant

**City of Campbell**
*in its municipal capacity*

represented by **Jovita Prestoza Tamor**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

### Defendant

**Campbell Police Department**

### Defendant

**Police Chief Cost**
*individually and in his official
capacity*

### Defendant

**The County of Santa Clara**
*in its municipal capacity*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
Santa Clara County Counsel's
Office
70 W Hedding St 9th Flr
East Wing
San Jose, CA 95110-1770
(408) 299-2111
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**Defendant**

**Santa Clara County Board of
Supervisors**
*in their official capacity*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**--- Santa Clara County Jail**
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheriff Dennis Handis**
*individually and in his official
capacity as Santa Clara County
Sheriff*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**District Attorney George
Kennedy**
*individually and in his official
capacity as Santa Clara County
District Attorney*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Assist.Dist.Attorney Janet
Cartwright**
*individually and in her official
capacity*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Assist.Dist.Attorney Daniel
Okonkwi**
*individually and in his official
capacity*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dep.Dist.Attorney Cindy Seeley**
*individually and in her official*
*capacity*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Public Defender Luella Tsai**
*individually and in her official*
*capacity*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Public Defender Kristin Wong**
*individually and inher official*
*capacity*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Public Defender George Abel**
*individually and in his official*
*capacity*
*TERMINATED: 09/24/1996*

represented by **Carrie Ajimura Zepeda**
(See above for address)
*TERMINATED: 09/24/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**California Department of**
**Health and Welfare Agency**

**Defendant**

**Sandra Smoley**
*individually and in her official*
*capacity*
*TERMINATED: 09/24/1996*

**Defendant**

**Atty Gen Daniel Lungren**
*individually and in his official*
*capacity as California Attorney*
*General*

*TERMINATED: 09/24/1996*

**Defendant**

**Governor Pete Wilson**
*individually and in his official*
*capacity*
*TERMINATED: 09/24/1996*

**Defendant**

**State of California**
*TERMINATED: 09/24/1996*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/1996 | 1 | ORDER transferring case from the U.S.D.C., Eastern District of California () (cc: all counsel) [5:96-cv-20470] (jp, COURT STAFF) (Entered: 06/25/1996) |
| 06/10/1996 | 2 | LETTER ransmitting documents from the Eastern District of California [5:96-cv-20470] (jp, COURT STAFF) (Entered: 06/25/1996) |
| 06/10/1996 | | RECEIVED certified copy of docket sheet from the Eastern District of California [5:96-cv-20470] (jp, COURT STAFF) (Entered: 06/25/1996) |
| 06/10/1996 | 3 | ORDER by Senior Judge Spencer Williams Case Management Statement is due 10/10/96 ; Case Management Conference set for 2:00 10/17/96 ; ( Date Entered: ) (cc: all counsel) [5:96-cv-20470] (jp, COURT STAFF) (Entered: 06/25/1996) |
| 06/10/1996 | 3 | ORDER by Senior Judge Spencer Williams Case Management Statement is due 10/10/96 ; Case Management Conference set for 2:00 10/17/96 ;with attached Notice and Standing Order ( Date Entered: ) (cc: all counsel) [5:96-cv-20470] (jp, COURT STAFF) (Entered: 06/25/1996) |
| 06/24/1996 | | RECEIVED from the Eastern District of California the State of California et al's motion to dismiss [5:96-cv-20470] (jp, COURT STAFF) (Entered: 06/25/1996) |
| 06/24/1996 | | RECEIVED Proposed Order ( defendant State of California ) re: document received [0-0] [5:96-cv-20470] (jp, COURT STAFF) (Entered: 06/25/1996) |
| | | |

| 07/10/1996 | 4 | NOTICE OF MOTION AND MOTION before Senior Judge Spencer Williams by defendant -Ferriera, defendant Ramirez, defendant City of Campbell to dismiss complaint , and for more definite statement , and to strike [4-3] with Notice set for 8/14/96 at 10:00 a.m. [5:96-cv-20470] (jp, COURT STAFF) (Entered: 07/11/1996) |
| 07/10/1996 |  | RECEIVED Proposed Order ( ) re: motion to dismiss complaint [4-1], re: motion for more definite statement [4-2], re: motion to strike [4-3] [4-3] [5:96-cv-20470] (jp, COURT STAFF) (Entered: 07/11/1996) |
| 07/10/1996 | 5 | NOTICE OF MOTION AND MOTION before Senior Judge Spencer Williams by defendant -Ferriera, defendant Ramirez, defendant City of Campbell to declare plaintiffs vexatious litigants with Notice set for 8/14/96 at 10:00 [5:96-cv-20470] (jp, COURT STAFF) (Entered: 07/11/1996) |
| 07/10/1996 |  | RECEIVED Proposed Order ( ) re: motion to declare plaintiffs vexatious litigants [5-1] [5:96-cv-20470] (jp, COURT STAFF) (Entered: 07/11/1996) |
| 07/10/1996 | 6 | AMENDED NOTICE OF MOTION AND MOTION before Senior Judge Spencer Williams by defendant County of Santa Clara et al to dismiss complaint with Notice set for 8/14/96 at 10:00 [5:96-cv-20470] (jp, COURT STAFF) (Entered: 07/11/1996) |
| 07/10/1996 | 7 | MEMORANDUM by defendant County of Santa Clar in support of motion to dismiss complaint [6-1] [5:96-cv-20470] (jp, COURT STAFF) (Entered: 07/11/1996) |
| 07/11/1996 | 8 | ORDER by Senior Judge Spencer Williams recusing ( Date Entered: 7/11/96) (cc: all counsel) [5:96-cv-20470] (jp, COURT STAFF) (Entered: 07/11/1996) |
| 07/15/1996 | 9 | ORDER by Assignment Committee to reassign to Judge Ronald M. Whyte ( Date Entered: 7/16/96) (cc: all counsel) [5:96-cv-20470] (jp, COURT STAFF) (Entered: 07/16/1996) |
| 07/15/1996 | 10 | MOTION by defendant State of California to dismiss dft State of Calif, S. Smoley, D. Lungren and P. Wilson. [5:96-cv-20470] (cv, COURT STAFF) (Entered: 07/16/1996) |
| 07/15/1996 | 11 | MEMORANDUM by defendant State of California in support of motion to dismiss dft State of Calif, S. Smoley, D. Lungren and P. Wilson. [10-1] [5:96-cv-20470] (cv, COURT STAFF) |

| | | (Entered: 07/16/1996) |
|---|---|---|
| 07/17/1996 | 12 | CLERK'S NOTICE setting hearing on motion to dismiss complaint [6-1] 9:00 9/6/96, setting hearing on motion to dismiss complaint [4-1] 9:00 9/6/96, setting hearing on motion to declare plaintiffs vexatious litigants [5-1] 9:00 9/6/96, setting hearing on motion to dismiss dft State of Calif, S. Smoley, D. Lungren and P. Wilson. [10-1] 9:00 9/6/96 [5:96-cv-20470] (cv, COURT STAFF) (Entered: 07/17/1996) |
| 07/17/1996 | 13 | AMENDED MOTION by defendant State of California to dismiss State of California, Sandra Smoley, Daniel Lungren and Pete Wilson. with Notice set for 10/4/96 at 9:00 [5:96-cv-20470] (cv, COURT STAFF) (Entered: 07/22/1996) |
| 07/17/1996 | 14 | MEMORANDUM by defendant State of California in support of motion to dismiss State of California, Sandra Smoley, Daniel Lungren and Pete Wilson. [13-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 07/22/1996) |
| 07/22/1996 | 15 | AMENDED MOTION by defendant George Abel, defendant Dennis Handis, defendant Luella Tsai, defendant Kristin Wong, defendant George Kennedy, defendant Daniel Okonkwi, defendant Cindy Seeley, defendant Janet Cartwright, defendant County of Santa Clar, defendant --Santa Clara County, defendant ---Santa Clara County to dismiss for failure to state a claim with Notice set for 9/6/96 at 9:00 [5:96-cv-20470] (cv, COURT STAFF) (Entered: 07/22/1996) |
| 07/22/1996 | 16 | NOTICE of hearing by defendant State of California setting motion to dismiss for failure to state a claim [15-1] ; hearing set for 9:00 9/6/96 [5:96-cv-20470] (cv, COURT STAFF) (Entered: 07/23/1996) |
| 08/22/1996 | 17 | CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed. [5:96-cv-20470] (cv, COURT STAFF) (Entered: 08/22/1996) |
| 08/28/1996 | 18 | MOTION by Plaintiff John Christopher Gabor, Plaintiff John Gabor to recuse [5:96-cv-20470] (cv, COURT STAFF) (Entered: 08/28/1996) |
| 08/28/1996 | 19 | NOTICE by Plaintiff John Christopher Gabor, Plaintiff John Gabor of change of address [5:96-cv-20470] (cv, COURT STAFF) (Entered: 08/28/1996) |
| 09/03/1996 | 20 | OPPOSITION by Plaintiff John Christopher Gabor, Plaintiff |

| | | |
|---|---|---|
| | | John Gabor to motion to dismiss complaint [6-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 09/03/1996) |
| 09/03/1996 | 21 | OPPOSITION by Plaintiff John Christopher Gabor, Plaintiff John Gabor to motion to dismiss for failure to state a claim [15-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 09/03/1996) |
| 09/03/1996 | 22 | OPPOSITION by Plaintiff John Christopher Gabor, Plaintiff John Gabor to motion to strike [4-3] [4-3] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 09/03/1996) |
| 09/03/1996 | 23 | PROOF OF SERVICE by Plaintiff John Christopher Gabor, Plaintiff John Gabor of opposition [22-1], opposition [21-1], opposition [20-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 09/03/1996) |
| 09/06/1996 | 24 | MINUTES: ( C/R K. O'basky) that the motion to dismiss for failure to state a claim [15-1] is submitted [5:96-cv-20470] (cv, COURT STAFF) (Entered: 09/10/1996) |
| 09/24/1996 | 25 | MEMORANDUM OPINION, AND ORDER: by Judge Ronald M. Whyte granting motion to dismiss for failure to state a claim [15-1], granting motion to dismiss State of California, Sandra Smoley, Daniel Lungren and Pete Wilson. [13-1] party State of California, party Sandra Smoley, party Daniel Lungren, party Pete Wilson, party John Gabor, party John Christopher Gabor, party George Abel, party Dennis Handis, party Luella Tsai, party Kristin Wong, party George Kennedy, party Daniel Okonkwi, party Cindy Seeley, party Janet Cartwright, party ---Santa Clara County, party --Santa Clara County, party County of Santa Clar [18-1], [5-1], [4-1], [4-2], [4-3], denying motion to dismiss complaint [4-1] ( Date Entered: 10/1/96) (cc: all counsel) [5:96-cv-20470] (cv, COURT STAFF) (Entered: 10/01/1996) |
| 09/24/1996 | | Docket Modification (Administrative) to order [25-1] terminating case pursuant to CRD instructions [5:96-cv-20470] (dhm, COURT STAFF) (Entered: 09/27/2000) |
| 10/07/1996 | 26 | NOTICE OF APPEAL by Plaintiff John Christopher Gabor, Plaintiff John Gabor from Dist. Court decision order [25-1] Fee status fee paid [5:96-cv-20470] (cv, COURT STAFF) (Entered: 10/08/1996) |
| 10/08/1996 | | Docket fee notification form and case information sheet to |

| | | |
|---|---|---|
| | | USCA [26-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 10/08/1996) |
| 12/23/1996 | | NOTIFICATION by Circuit Court of Appellate Docket Number 96-17289 [5:96-cv-20470] (cv, COURT STAFF) (Entered: 12/23/1996) |
| 12/30/1996 | | NOTIFICATION by Circuit Court of Appellate Docket Number 96-17306 [5:96-cv-20470] (cv, COURT STAFF) (Entered: 12/30/1996) |
| 12/30/1996 | | USCA transcript due report appeal [26-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 12/30/1996) |
| 02/10/1997 | 27 | MOTION by defendant Ramirez, defendant City of Campbell to clarify order filed on 9/24/96 [5:96-cv-20470] (cv, COURT STAFF) (Entered: 02/13/1997) |
| 03/04/1997 | | RECORD on Appeal to USCA, cnsl notified. re appeal [26-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 03/04/1997) |
| 03/05/1997 | 28 | REPORTER'S TRANSCRIPT; Date of proceedings: 9/6/96 ( C/R: C O'Bosky) [5:96-cv-20470] (cv, COURT STAFF) (Entered: 03/10/1997) |
| 03/14/1997 | 29 | RECEIPT from USCA of clerk's record on appeal [5:96-cv-20470] (cv, COURT STAFF) (Entered: 03/14/1997) |
| 04/23/1997 | 30 | CERTIFIED COPY of USCA Order: re: All language in the 1/29/97 order indicating this appeal was dismissed for lack of jurisdiction is stricken. [5:96-cv-20470] (cv, COURT STAFF) (Entered: 04/24/1997) |
| 05/20/1997 | 31 | CERTIFIED COPY of USCA Order: dismissing the appeal [26-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 05/20/1997) |
| 05/20/1997 | 32 | CERTIFIED COPY of USCA Order: and striking appeal [26-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 05/20/1997) |
| 05/20/1997 | 33 | CLERK's letter spreading the mandate to counsel. re appeal [26-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 05/20/1997) |
| 01/26/1998 | 34 | CERTIFIED COPY of USCA Order: affirming the decision of the District Court [26-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 01/27/1998) |

| 09/28/1999 | 35 | RECORD ON APPEAL RETURNED FROM USCA [26-1] [5:96-cv-20470] (cv, COURT STAFF) (Entered: 09/28/1999) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/14/2007 12:34:29 | | |
| **PACER Login:** | sc0575 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** | 5:96-cv-20470-RMW |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

SEP 24  11 13 AM '96

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

JOHN CHRISTOPHER GABOR        :
and JOHN GABOR                :
                             :
                             :
        V.                   :        NO. C96-20470RMW
                             :
                             :
OFFICER FERREIRA, et al.      :


WEINER, J.[1]                          September 2o , 1996


## MEMORANDUM OPINION AND ORDER

Plaintiffs John Christopher Gabor, and his father John Gabor have brought this sixty-six page complaint, alleging thirty-three causes of action against numerous defendants. Although the complaint is vague, plaintiffs appear to allege civil rights violations arising out of the arrest of John, Jr. following a domestic disturbance. City of Campbell police officers used pepper spray to subdue John, Jr., who suffers from bi-polar brain disorder. Presently before the court are motions of the State of California Department of Health and Welfare, Sandra Smoley, Daniel Lungren, Pete Wilson (the California Defendants); George Abel, Dennis Handis, Luella Tsai, Kristen Wong, George Kennedy, Daniel Okonkwo, Cindy Seeley, Janet Cartwright, County of Santa Clara, Santa Clara County Board of Supervisors and the Santa Clara County Jail (the Santa Clara defendants); and the City of Campbell,

_____

[1]  United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

**EXHIBIT 13**

Officers Ramirez and Ferreira (the Campbell defendants) to dismiss the complaint and declare the plaintiffs vexatious litigants.  For the reasons which follow, the motions to dismiss will be granted.

The complaint asserts numerous allegations which lack clarity and casts doubt whether the plaintiffs seek to assert only federal civil rights claims or state law claims; it is clear from the face of the complaint that the plaintiffs' claims all arise out of the arrest of John, Jr. on September 7, 1994.  The complaint in this matter was not filed, however, until February 2, 1996.  The statute of limitations for civil rights actions brought pursuant to 42 U.S.C. Section 1983 is the forum state's limitations period for personal injury torts.  Wilson v. Garcia, 471 U.S. 261 (1985).  In California, this period is one year.  Usher v. City of Los Angeles, 828 F.2d 556 (9th Cir. 1987).  The plaintiffs did not bring this action within the one year period, we therefore find the federal civil rights claims are time barred.  To the extent that the complaint seeks to allege pendent claims, these will be dismissed for want of federal jurisdiction.[2]

---

[2]  Since we dismiss the complaint as time barred, we need not discuss the other numerous defects raised by the defendants, including the failure to include a short plain statement of the claims presented, the California defendants' Eleventh Amendment immunity, the failure to allege any personal involvement of many of the defendants, the failure to adhere to the California Tort Claims Act, and the Santa Clara defendants' entitlement to absolute immunity.  Although the defendants seek a declaration that these plaintiffs are vexatious litigants, we decline to enter such an order at this time.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

SEP 24    10 AM '96

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

JOHN CHRISTOPHER GABOR          :
and JOHN GABOR                  :
                                :
                                :
                                :
          v.                    :          NO. C96-20470 RMW
                                :
                                :
                                :
OFFICER FERREIRA                :

#### ORDER

    The motion of the California Department of Health and Welfare Agency, Secretary Sandra Smoley, California Attorney General Daniel Lungren, Governor Pete Wilson and Does 1 through 100 to dismiss the complaint of John Christopher Gabor and John Gabor is GRANTED.

    The motion of George Abel, Dennis Handis, Luella Tsai, Kristen Wong, George Kennedy, Daniel Okonkwo, Cindy Seeley, Janet Cartwright, County of Santa Clara, Santa Clara County Board of Supervisors and Santa Clara County Jail to dismiss the complaint of John Christopher Gabor and John Gabor is GRANTED.

    The motion of the City of Campbell, Officer Ramirez and Officer Ferreira to dismiss the complaint of John Christopher Gabor and John Gabor is GRANTED.

    The motion of the City of Campbell, Officer Ramirez and

Officer Ferreira to declare the plaintiffs vexatious litigants is DENIED.

IT IS SO ORDERED.


_____

CHARLES R. WEINER

Case: 5:96-cv-20470

Carrie A. Zepeda, Esq.
Santa Clara County Counsel's Office
70 W Hedding St 9th Flr
East Wing
San Jose, CA  95110-1770

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

Search for Case

Print Page

# General Docket

## US Court of Appeals for the Ninth Circuit

Court of Appeals Docket #: 96-17306                    Filed: 12/20/96
Nsuit: 3440 Other civil rights (Fed)
Gabor, et al, et al v. Ferriera, et al, et al
Appeal from: Northern District of California (San Jose)

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

Case type information:
    1) civil
    2) private
    3)

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

Lower court information:

    District: 0971-5 : CV-96-20470-RMW
    presiding judge: Ronald M. Whyte, District Judge
    Date Filed: 6/10/96
    Date order/judgment: 9/24/96
    Date NOA filed: 10/7/96

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

Fee status: paid

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

Prior cases:
    None

Current cases:

| companion: | Lead | Member | Start | End |
|---|---|---|---|---|
| | 96-17289 | 96-17306 | 12/20/96 | |

Help

**EXHIBIT 14**

USCA9 Docket Sheet for 96-17306

Docket as of September 17, 1999 11:18 pm                    Page 1

96-17306 Gabor, et al, et al v. Ferriera, et al, et al

JOHN CHRISTOPHER GABOR                    John Christopher Gabor
          Plaintiff - Appellant          408/378-4326
                                          [NTC prs]
                                          590 Smokey Court
                                          Campbell, CA 95008

JOHN GABOR                                John Gabor
          Plaintiff - Appellant          408/378-4326
                                          [NTC prs]
                                          590 Smokey Court
                                          Campbell, CA 95008

     v.

OFFICER FERRIERA, individually           Jovita Prestoza
and in her official capacity             [COR LD NTC ret]
          Defendant - Appellee           COLLINS & SCHLOTHAUER
                                          60 South Market Street
                                          Suite 1100
                                          San Jose, CA 95113-2369

OFFICER RAMIREZ, individually            Jovita Prestoza
and in his official capacity             (See above)
          Defendant - Appellee           [COR LD NTC ret]

CITY OF CAMPBELL, in its                 Jovita Prestoza
municipal capacity                       (See above)
          Defendant - Appellee           [COR LD NTC ret]

USCA9 Docket Sheet for 96-17306

SANTA CLARA COUNTY JAIL
Defendant - Appellee

Carrie A. Zepeda
408/299-2111
9th Floor, East Wing
[COR LD NTC cc]
SANTA CLARA COUNTY COUNSEL'S
OFFICE
70 W. Hedding St.
San Jose, CA 95110-1770

DENNIS HANDIS, Sheriff,
individually and in his
official capacity as Santa
Clara County Sheriff
Defendant - Appellee

Carrie A. Zepeda
(See above)
[COR LD NTC cc]

GEORGE KENNEDY, District
Attorney, individually and in
his official capacity as Santa
Clara County District Attorney
Defendant - Appellee

Carrie A. Zepeda
(See above)
[COR LD NTC cc]

JANET CARTWRIGHT, Assistant
District Attorney,
individually and in her

Carrie A. Zepeda
(See above)
[COR LD NTC cc]

Docket as of September 17, 1999 11:18 pm                    Page 2

96-17306 Gabor, et al, et al v. Ferriera, et al, et al

DANIEL OKONKWI, Assistant
District Attorney,

official capacity
Defendant - Appellee

Carrie A. Zepeda
(See above)

USCA9 Docket Sheet for 96-17306

Page 4 of 7

```
                                                    [COR LD NTC cc]
individually and in his
official capacity; CINDY
SEELEY, Deputy District
Attorney, individually and in
her official capacity; LUELLA
TSAI, Public Defender,
individually and in her
official capacity; GEORGE ABEL,
Public Defender, individually
and in his official capacity;
CALIFORNIA DEPARTMENT OF
HEALTH AND WELFARE AGENCY;
SANDRA SMOLEY, Secretary,
individually and in her
official capacity; DANIEL
LUNGREN, Attorney General,
individually and in his
official capacity as
California Attorney General;
PETE WILSON, Governor,
individually and in his
official capacity
            Defendant - Appellee

- SANTA CLARA COUNTY BOARD OF              Carrie A. Zepeda
SUPERVISORS, in their official            (See above)
capacity                                  [COR LD NTC cc]
            Defendant - Appellee


Docket as of September 17, 1999 11:18 pm                    Page 3
```

96-17306 Gabor, et al, et al v. Ferriera, et al, et al

JOHN CHRISTOPHER GABOR; JOHN GABOR

Docket as of September 17, 1999 11:18 pm                     Page 4

                              Defendants - Appellees

                    v.

                              Plaintiffs - Appellants

OFFICER FERRIERA, individually and in her official capacity;
OFFICER RAMIREZ, individually and in his official capacity;
CITY OF CAMPBELL, in its municipal capacity; SANTA CLARA
COUNTY JAIL; DENNIS HANDIS, Sheriff, individually and in his
official capacity as Santa Clara County Sheriff; GEORGE
KENNEDY, District Attorney, individually and in his official
capacity as Santa Clara County District Attorney; JANET
CARTWRIGHT, Assistant District Attorney, individually and in
her official capacity; DANIEL OKONKWI, Assistant District
Attorney, individually and in his official capacity; CINDY
SEELEY, Deputy District Attorney, individually and in her
official capacity; LUELLA TSAI, Public Defender,
individually and in her official capacity; GEORGE ABEL,
Public Defender, individually and in his official capacity;
CALIFORNIA DEPARTMENT OF HEALTH AND WELFARE AGENCY; SANDRA
SMOLEY, Secretary, individually and in her official
capacity; DANIEL LUNGREN, Attorney General, individually and
in his official capacity as California Attorney General;
PETE WILSON, Governor, individually and in his official
capacity; - SANTA CLARA COUNTY BOARD OF SUPERVISORS, in
their official capacity

12/20/96     DOCKETED CAUSE AND ENTERED APPEARANCE OF APPELLANTS IN PRO

96-17306 Gabor, et al, et al v. Ferriera, et al, et al

USCA9 Docket Sheet for 96-17306

http://pacer.ca9.uscourts.gov/cgi-bin/dktrpt.pl?CASENUM=96-17306&puid=0118900125

SE AND COUNSEL FOR APPELLEES. CADS SENT (Y/N): no. Briefing schedule is as follows: aplts' designation of RT is due 10/17/96; aples' designation of RT is due 10/28/96; aplts shall order transcript by 11/6/96; court reporter shall file transcript in DC by 12/9/96; certificate of record shall be filed by 12/16/96; aplts' opening brief is due 1/23/97; aples' is due 2/24/97; aplts' reply brief is due 3/10/97. [96-17306] (jr) [96-17306]

1/21/97    Filed original and 15 copies Appellants' opening brief ( Informal: y) 12 pages five excerpts of record in 1 volumes; served on 1/20/97 [96-17289, 96-17306] (em) [96-17289 96-17306]

1/29/97    Order filed: A review of the record demonstrates that this ct lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. (Cite) Consequently, this appeal is dismissed for lack of jurisdiction. ( Procedurally Terminated After Other Judicial Action: Jurisdictional Defects. Diarmuid F. O'SCANNLAIN; Edward LEAVY; Andrew J. KLEINFELD. ) [96-17306] (mhf) [96-17306]

2/10/97    Filed Appellants "Petition for rehearing, construed as mtn for reconsideration; [96-17306] served on 2/10/97 [MOATT] [96-17306] (mhf) [96-17306]

4/11/97    Filed order ( Diarmuid F. O'SCANNLAIN, Edward LEAVY, Andrew J. KLEINFELD, ): Aplt's mtn for re on of the order dismissing this appeal is construed as a mtn for modification, & is granted to the following extent. The 1/29/97 order is amended to reflect that this appeal is dismissed as duplicative of appeal 96-17289. All language in the 1/29/97 order indicating this appeal was dismissed for lack of jurisdiction is stricken.    [96-17306] (mhf) [96-17306]

USCA9 Docket Sheet for 96-17306

5/9/97      MANDATE ISSUED [96-17306] (mhf) [96-17306]

9/17/99     NO ORIGINAL RECORD (stev) [96-17306]

Docket as of September 17, 1999 11:18 pm                    Page 5

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/14/2007 13:24:34 | | | |
| PACER Login: | sc0575 | Client Code: | |
| Description: | dkt report | Case Number: | 96-17306 |
| Billable Pages: | 5 | Cost: | 0.40 |

Service: Get by LEXSEE®
Citation: 1997 U.S. App. LEXIS 26542

1997 U.S. App. LEXIS 26542, *

JOHN CHRISTOPHER GABOR; JOHN GABOR, Plaintiffs-Appellants, v. OFFICER FERRIERA;
CITY OF CAMPBELL; CAMPBELL POLICE DEPARTMENT; COST, Police Chief; COUNTY OF
SANTA CLARA; SANTA CLARA COUNTY BOARD OF SUPERVISORS; SANTA CLARA COUNTY
JAIL; DENNIS HANDIS, Sheriff; GEORGE KENNEDY; JANET CARTWRIGHT; DANIEL
OKONKWI; CINDY SEELEY; LUELLA TSAI; KRISTIN WONG; GEORGE ABEL; STATE OF
CALIFORNIA; DANIEL E. LUNGREN, Attorney General; CALIFORNIA DEPT. OF HEALTH AND
WELFARE AGENCY; SANDRA SMOLEY; PETE WILSON, Governor, Defendants-Appellees.

No. 96-17289

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

1997 U.S. App. LEXIS 26542

September 22, 1997 **, Submitted

** The panel unanimously finds this case suitable for decision without oral argument. See
Fed. R. App. P. 34(a); 9th Cir. R. 34-4.
September 24, 1997, Filed

**NOTICE: [*1]** RULES OF THE NINTH CIRCUIT COURT OF APPEALS MAY LIMIT CITATION
TO UNPUBLISHED OPINIONS. PLEASE REFER TO THE RULES OF THE UNITED STATES COURT
OF APPEALS FOR THIS CIRCUIT.

**SUBSEQUENT HISTORY:** Reported in Table Case Format at: 125 F.3d 858, 1997 U.S. App.
LEXIS 34764.

**PRIOR HISTORY:** Appeal from the United States District Court for the Northern District of
California. D.C. No. CV-96-20470-RMW. Charles R. Weiner, District Judge, Presiding.

**DISPOSITION:** AFFIRMED.

**CASE SUMMARY**

**PROCEDURAL POSTURE:** Plaintiff criminal and his father proceeding pro se sought
review of an order from the United States District Court for the Northern District of
California, which, in an action brought against several police officers, the city, and several
others under 42 U.S.C.S. § 1983, dismissed the action for failure to state a claim pursuant
to Fed. R. Civ. P. 12(b)(6).

**OVERVIEW:** The court made a de novo review of the record and agreed with the district
court's conclusion that plaintiffs' allegations pursuant to 42 U.S.C.S. § 1983 regarding
the plaintiff's arrests were time barred because the complaint was filed after the one-year
statute of limitations expired. The court noted that the state and its agencies were
immune from suit pursuant to the Eleventh Amendment and plaintiffs failed to allege
defendants' personal participation in any alleged constitutional violation within the
requisite statute of limitations. The court held that the district court did not abuse its
discretion by granting defendants' motion for a change of venue pursuant to 28 U.S.C.S. §
1404(a). The district court properly denied plaintiffs' motion for default judgment against
each defendant because each defendant had timely filed a motion to dismiss for improper

**EXHIBIT 15**

venue, and there was no abuse of discretion in granting defendants' motion for a change of venue pursuant to 28 U.S.C.S. § 1404(a).

**OUTCOME:** The court affirmed the dismissal for failure to state a claim.

**LEXISNEXIS® HEADNOTES**                                              ⊟**Hide**

    Civil Procedure > Federal & State Interrelationships > Sovereign Immunity > State Immunity 🗎

    Governments > Legislation > Statutes of Limitations > Time Limitations 🗎

    Governments > State & Territorial Governments > Claims By & Against 🗎

*HN1*⬇The State of California and its agencies are immune from suit pursuant to the Eleventh Amendment.  More Like This Headnote

**JUDGES:** Before: HALL, BRUNETTI, and THOMAS, Circuit Judges.

**OPINION**

MEMORANDUM *

**FOOTNOTES**

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

John Christopher Gabor and his father, John Gabor, appeal pro se the district court's Fed. R. Civ. P. 12(b)(6) dismissal of their action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

After a de novo review of the record, *see Stone v. Travelers Corp.*, 58 F.3d 434, 436-37 (9th Cir. 1995), we agree with the district court's conclusion that the Gabors' allegations pursuant to 42 U.S.C. § 1983 regarding John Christopher Gabor's arrest **[*2]** are time-barred because the complaint was filed after the one-year statute of limitations had expired, *see McDougal v. County of Imperial*, 942 F.2d 668, 672 (9th Cir. 1991); *Davis v. Harvey*, 789 F.2d 1332, 1333 n.1 (9th Cir. 1986). In addition, *HN1*⬇the State of California and its agencies are immune from suit pursuant to the Eleventh Amendment, and the Gabors failed to allege the personal participation of defendants in any alleged constitutional violation within the requisite statute of limitations. *See Taylor v. List*, 880 F.2d 1040, 1045 (9th Cir. 1989).

We conclude that the district court did not abuse its discretion by granting defendants' motion for a change of venue pursuant to 28 U.S.C. § 1404(a). *See Jacobson v. Hughes Aircraft Co.*, 105 F.3d 1288, 1302 (9th Cir. 1997). We reject the Gabors' contention that Judge Weiner abused his judicial authority and should be sanctioned. We conclude that the district court properly denied the Gabors' motion for default judgment against each defendant because each defendant timely filed a motion to dismiss for improper venue.

The Gabors' remaining **[*3]** contentions lack merit.

**AFFIRMED.**

Service: **Get by LEXSEE®**
Citation: **1997 U.S. App. LEXIS 26542**
View: Full
Date/Time: Friday, September 14, 2007 - 4:55 PM EDT

* Signal Legend:

⬤ - Warning: Negative treatment is indicated

[Q] - Questioned: Validity questioned by citing refs

⚠ - Caution: Possible negative treatment

◆ - Positive treatment is indicated

Ⓐ - Citing Refs. With Analysis Available

ⓘ - Citation information available

* Click on any *Shepard's* signal to *Shepardize®* that case.

 **LexisNexis®**

About LexisNexis  |  Terms & Conditions
Copyright ©  2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

1    UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3    **PROOF OF SERVICE BY MAIL**

4

5    *John Gabor and Kay Gabor v. County of Santa Clara Board of Supervisors, et al.*

6    Case No.: C 07-04266 RMW (HRL)

7        I, Cassaundra M. Foster, say:

8        I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that
9    my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of
10   correspondence for mailing with the United States Postal Service. I served a copy of the **REQUEST FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS IN SUPPORT OF**
11   **COUNTY'S PENDING MOTIONS [Federal Rule of Evidence 201]** by placing said copy in an envelope addressed to:

12

13   John and Kay Gabor
     590 Smokey Court
14   Campbell, CA 95008-3717

15   which envelope was then sealed, with postage fully prepaid thereon, on **October 9. 2007,** and placed for collection and mailing at my place of business following ordinary business
16   practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is
17   delivery Service by United States mail at the place so addressed.

18       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **October 9, 2007**, at San
19   Jose, California.

20

21   _____
                    Cassaundra M.Foster
22

23

24

25

26

27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California