1  #65824-3-104
   TIMOTHY J. SCHMAL, ESQ. #104874
2  BURLEIGH E. SABIN, ESQ. #250185
   BURTON, VOLKMANN & SCHMAL, LLP
3  133 Mission Street, Suite 102
   Santa Cruz, CA  95060
4  Phone: (831) 425-5023
   Facsimile: (831) 427-3159
5
   Attorneys for Defendants, CITY OF CAMPBELL,
6  DANIEL RICH, Campbell City Manager, CITY OF
   CAMPBELL COMMUNITY DEVELOPMENT
7  DEPARTMENT (a legally indistinguishable sub-
   entity of the CITY OF CAMPBELL), SUSAN
8  MORGADO-GRAY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN GABOR and KAY GABOR, ) | Case No. C07 04266 RMW (HRL) |
| Plaintiffs, ) | **NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTIONS FOR DISMISSAL, FOR MORE DEFINITIVE STATEMENT, AND TO REQUIRE PLAINTIFFS TO OBTAIN LEAVE OF COURT TO FILE SUBSEQUENT REDUNDANT CLAIMS AGAINST DEFENDANTS** |
| vs. ) | |
| COUNTY OF SANTA CLARA BOARD OF SUPERVISORS in their official capacity; KEN YEAGER in his municipal and individual capacity; ANN RAVEL, county counsel, in her municipal and individual capacity; DELORES CARR, district attorney, in her official and individual capacity; LAURIE SMITH, sheriff, in her municipal and individual capacity; CITY OF CAMPBELL, in its municipal capacity; CITY OF CAMPBELL CITY MANAGER DANIEL RICH, in his municipal and individual capacity; CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT in its municipal capacity; SUSAN MORGADO-GRAY in her municipal and individual capacity; EDMUND G. BROWN, JR., attorney general, in his official capacity; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA SCOTT N. SCHOOLS in his official capacity and DOES 1-100, ) | Hearing Date: October 26, 2007<br>Hearing Time: 9:00 a.m.<br>Courtroom: 6, 4th Floor<br>Judge: Hon. Ronald M. Whyte |
| Defendants. ) | |

TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Motions for Dismissal, for More Definitive Statement, and to Request Plaintiffs to Obtain Leave of Court to File Subsequent Redundant Claims, by Defendants CITY OF CAMPBELL, DANIEL RICH, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT and SUSAN MORGADO-GRAY, are unopposed. No written opposition has been received by Defendants' counsel from Plaintiffs, and no timely written opposition has been electronically filed with the Court. Therefore, Defendants respectfully request that Defendants' Motions should be treated as unopposed.

Respectfully submitted,

Dated: October 10, 2007        BURTON, VOLKMANN & SCHMAL, LLP


BY: _____
    TIMOTHY J. SCHMAL
    BURLEIGH E. SABIN
Attorneys for Defendants, CITY OF CAMPBELL, DANIEL RICH, Campbell City Manager, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT (a legally indistinguishable sub-entity of the CITY OF CAMPBELL), SUSAN MORGADO-GRAY.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF NON-OPPOSITION                                   C07 04266 RMW (HRL)

3