1   ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding Street, East Wing, Ninth Floor
3   San Jose, California  95110-1770
    Telephone:  (408) 299-5900
4   Facsimile:  (408) 292-7240

5   Attorneys for Defendant
    COUNTY OF SANTA CLARA
6   (ERRONEOUSLY SUED AS COUNTY OF
    SANTA CLARA BOARD OF SUPERVISORS)
7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN GABOR and KAY GABOR,          )   No. C 07-04266 RMW (HRL)
                                       )
12          Plaintiffs,                )   **SUPPLEMENTAL REQUEST FOR**
                                       )   **JUDICIAL NOTICE OF ADJUDICATIVE**
13  v.                                 )   **FACTS IN SUPPORT OF COUNTY'S**
                                       )   **PENDING MOTIONS**
14  COUNTY OF SANTA CLARA              )   **[Federal Rule of Evidence 201]**
    BOARD OF SUPERVISORS in their      )
15  official capacity; KEN YEAGER in his )   Date:   October 26, 2007
    municipal and individual capacity;  )   Time:   9:00 a.m.
16  ANN RAVEL, county counsel, in her   )   Dept:   6
    municipal and individual capacity;  )   Judge:  Honorable Ronald M. Whyte
17  DELORES CARR, district attorney,    )
    in her official and individual capacity; )
18  LAURIE SMITH, sheriff, in her       )
    municipal and individual capacity; CITY )
19  OF CAMPBELL, in its municipal       )
    capacity; CITY OF CAMPBELL CITY     )
20  MANAGER DANIEL RICH, in his         )
    municipal and individual capacity; CITY )
21  OF CAMPBELL COMMUNITY               )
    DEVELOPMENT DEPARTMENT in           )
22  its municipal capacity; SUSAN       )
    MORGADO-GRAY in her municipal       )
23  and individual capacity; EDMUND G.  )
    BROWN, JR. Attorney general in his  )
24  official capacity; UNITED STATES    )
    ATTORNEY FOR THE NORTHERN           )
25  DISTRICT OF CALIFORNIA SCOTT        )
    N. SCHOOLS in his official capacity  )
26  and DOES 1-100,                     )
                                        )
27          Defendants.                 )
                                        )
28  _____ )

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

1

## NOTICE

2          Defendant County of Santa Clara hereby requests that the Court take judicial notice

3   pursuant to Federal Rule of Evidence 201 of the existence of and content of the following

4   additional documents filed in the Santa Clara County Superior Court, in the Sixth District Court

5   of Appeals, in the United States District Court, Northern District, and in the Ninth Circuit Court

6   of Appeals.  These documents are numbered consecutively following the numbering in the

7   County's initial Request for Judicial Notice:

8   D.   *People v. Kay Gabor,* Santa Clara County Superior Court Case No. C99 27216 .

9          16.  Two court docket sheets dated February 7, 2000, reflecting that Kay and John Gabor

10  were convicted and sentenced on multiple counts relating to their sales of dogs from their home.

11  True and correct copies of those documents are attached hereto as Exhibit 16.

12          17.  The court docket sheet dated December 12, 2003, reflecting Ms. Gabor's

13  conviction for violating her probation arising from the above conviction and the terms of her

14  sentence and extended probation.  A true and correct copy of that document is attached hereto as

15  Exhibit 17.

16          18.  Kay Gabor's Notice of Appeal from her conviction for violation of probation, filed

17  in the Appellate Division of the Santa Clara County Superior Court on January 5, 2004, and the

18  court's Declaration and Order re Appointment of Counsel on Appeal dated January 26, 2004,

19  which also deemed Ms. Gabor indigent.  True and correct copies of those documents are

20  attached hereto as Exhibit 18.

21          19.  Kay Gabor's request for permission to file her own appellate brief in addition to the

22  brief filed by her attorney and to represent herself; the court's April 29, 2004 order allowing

23  Kay Gabor to file a supplemental brief.   True and correct copies of those documents are

24  attached hereto as Exhibit 19.

25          20.  The petition filed by Ms. Gabor on June 7, 2004, to dismiss her court-appointed

26  attorney, the court's order of June 25, 2004, denying that petition, and the court's order of

27  August 5, 2004, denying Ms. Gabor's second petition to remove her court-appointed attorney.

28  True and correct copies of those documents are attached hereto as Exhibit 20.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County's Supplemental Request for Judicial
Notice in Support of its Motion for Dismissal          1          C07 04266 RMW (HRL)

21. Ms. Gabor's motion under Code of Civil Procedure section 170.8, dated October 28, 2004 (the filing of that document was later disallowed), to disqualify all Superior Court judges in the County of Santa Clara from hearing her case. A true and correct copy of that document is attached hereto as Exhibit 21.

22. The Order from the Sixth District Court of Appeals dated September 16, 2004, denying Kay Gabor's petition to transfer her case to the Sixth District, and the Order of the Appellate Division of the Santa Clara County Superior Court dated February 1, 2005, noting that Kay Gabor filed her own supplemental brief and affirming the judgment that convicted Kay Gabor of violating her probation. True and correct copies of those documents are attached hereto as Exhibit 22.

E. *Gabor v. William Seligmann, et al.*, U.S.D.C. (N.D.) Case No. C-04-05320 JF

23. An entry on the docket sheet (No. 1, dated December 10, 2004) reflecting the Complaint filed by plaintiffs John Gabor and Kay Gabor, a second entry (No. 17, dated January 31, 2005) reflecting defendants' filing of a motion to dismiss and a third entry (No. 30, dated April 27, 2005) reflecting the court's order on defendants' motion to dismiss. A true and correct copy of this docket sheet is attached hereto as Exhibit 23.

24. The First Amended Complaint dated May 26, 2005. A true and correct copy is attached hereto as Exhibit 24.

25. The Court's Order dated October 7, 2005, granting defendants' motions to dismiss without leave to amend and dismissing the entire action with prejudice. A true and correct copy is attached hereto as Exhibit 25.

26. The Ninth Circuit's opinion in Case No. 05-17295, dated February 26, 2007, affirming the trial court's dismissal. A true and correct copy is attached hereto as Exhibit 26.

27. (A) An entry on the appellate docket sheet dated March 23, 2007, reflecting defendants' filing of a motion for attorneys' fees and costs; (B) a second entry dated May 3, 2007, reflecting the court's order granting the above unopposed motion and awarding fees and costs in the amount of $19,671.60 to defendants; (C) a third entry dated June 11, 2007, reflecting plaintiffs' filing of a late motion for reconsideration of the award of fees and costs

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County's Supplemental Request for Judicial
Notice in Support of its Motion for Dismissal          -2-                    C07 04266 RMW (HRL)

1  against them; (D) a fourth entry dated August 8, 2007, reflecting the court's denial of plaintiff's

2  motion for reconsideration without prejudice to the plaintiffs' filing of a motion opposing

3  defendants' motion for fees and costs; and (E) a fifth entry dated August 21, 2007, reflecting

4  plaintiffs' filing of a brief that the court construed as a renewed motion to reconsider and

5  opposition to attorneys' fees.  A true and correct copy of this docket sheet is attached hereto as

6  Exhibit 27.

7       These additional documents are judicially noticeable under Federal Rule of Evidence

8  201(b) because they contain adjudicative facts not reasonably disputable and they are capable of

9  accurate and ready determination from a source whose accuracy cannot be reasonably

10  questioned.

11  Dated:   October 11, 2007                          Respectfully submitted,

12                                                     ANN MILLER RAVEL
                                                       County Counsel
13

14
                                                   By: _____
15                                                     MARCY L. BERKMAN,
                                                       Deputy County Counsel
16

17                                                     Attorneys for Defendants
                                                       COUNTY OF SANTA CLARA
18                                                     (ERRONEOUSLY SUED AS
                                                       COUNTY OF SANTA CLARA
19                                                     BOARD OF SUPERVISORS)

20

21

22

23

24

25

26

27

28  98989.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County's Supplemental Request for Judicial
Notice in Support of its Motion for Dismissal        -3-                    C07 04266 RMW (HRL)

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

C9927216
PROCEEDINGS AND PROBATION ORDER   CEN   99512822

I. SAN JOSE FACILITY
200 WEST HEDDING STREET
SAN JOSE, CA 95110

PEOPLE VS.   JOHN GABOR   DATE 02/07/2000   1:30 PM   DEPT. 52
03/31/1930  CAP0050660

L.K.A.   590   SMOKEY CT
CAMPBELL, CA 95008   BDU256 M

Decision

JUDGE   HON. THANG NGUYEN BARRETT   HEARING ~~COURT TRIAL~~

AGENCY CN-OTHER---   ---MAYEDA

REPORTER   FELICIA MATTLE   STATUS O-WP ---

DEF. ATTY.   A. LIPTON   SUPO _____   TW

CHARGES   M(001)MC7.20.010   M(002)MC21.08.040
Campbell   M(003)~~MC7.~~20.010   M(004)MC21.08.040
C.A.   M(005)MC7.20.010   M(006)MC21.08.040
Seligman Present

NEXT COURT APPEARANCE DATE   4-4-00   1:30   D52

☑ Defendant Present  ☐ Not Present ___ as to Cts. 3,4, 9,10
☐ Remanded ☐ Viol. Of Prob. ☐ Arr. Waived
☑ Not Guilty ☐ ~~Plead~~ Advised/Waived
☐ COP ☐ Guilty ☐ Nolo Contendere ☐ Refusal Adm.
☐ Priors ☐ Allegations ☐ Admitted ☐ Denied ☐ Stricken
☑ Time Waived ☐ Not Waived ☐ For Sentence as to
☐ Refer ☐ Appoint Alternate Defender ☐ Legal Aid Cts.
☐ Alternate/P.D. Declares conflict ☐ Relieved 1,2,5,6
☐ Stip. To Comm. ☐ PC977 waiver filed
☑ Factual Basis ☑ Findings ☐ Adv. Max. Penalties
☑ Waives rights
☐ Amended to VC23103(a) ☐ purs.VC23103.5 MDA
☐ D.A. statement filed ☐ Dismissed in Cts 1+5
☐ Amended
☐ PC17b Reduction   Sent. Stayed Pending Outcome of Appeal
☐ Sentenced to ___ County Jail ☐ Execution ☐ Imposition of sentence suspended for the probationary period.
☑ COURT ☐ FORMAL PROBATION GRANTED for a period of 3 days/mos./years from the date of this order.
☐ Probation ☐ Reinstated ☐ Terminated ☐ Modified ☐ Revoked. Court finds Violation/No Violation Prob. ☐ Probation extended to expire ___
☐ Original Terms in full force except as amended herein
☐ Probation may be modified to ___ ☐ Upon completion of ___
☑ Conditions of Probation follow (see reverse side for additional conditions)

☐ Atty. Not Present ☑ Present ___ A/R
☐ Arraignment ☐ Plea ☐ I.D. Counsel
☐ Supv O/R ☐ O/R ☐ Bail Hrg ☐ F.A.R.
☐ Prelim. ☐ Setting ☐ Pretrial Conf.
☐ Jury ☐ Ct. Trl. ☐ Peo/Def Waive Jury
☐ Proof of Status on Appeal
☐ Notice of Eligibility Filed ☐ D.E.J.
☐ Report to D.A.D.S. ☐ D.E.J. Fee $___
☐ Probation/ ☐ Sentence
☐ Revocation ☐ Report Prob. Dept.
☐ Within 3 Days ☐ Upon Release
☐ Adv. PC12021(c) ☐ VC14607.8 ☐ PC666
☐ PROBATION DENIED

Interpreter ___
☐ A.D. ☐ P.D. ☐ Legal Aid ☐ Spec A
___ ☐ Sworn
Bail ☐ Exonerated ☐ Forfeited Bond # ___
☐ Bail Apply ☐ Bal. Exonerated
☐ Forfeiture Set Aside ☐ Bail Reinstated
☐ Reassumption Filed ☐ May post & Forfeit
☐ B/W Set Aside ☐ Recalled ☐ Filed
☐ O/R ☐ Revoked ☐ Reinstated
☐ B/W Ordered, Bail $___ ☐ B/W Stayed
☐ No Cite Release ☐ No Requests ☐ Cash only
☐ Hearing on Motion
Motion ☐ Denied ☐ Granted ☐ O./C ☐ Submitted
☐ $___ Costs by ___
☐ Protective Order issued/mod./terminated
☐ Served ☐ As condition probation
☐ PC1203.1B fees ordered/waived $___ + $___ /mo.

FINE   PAY TO:  ☐ COURT  ☐ D.O.R.  ☐ PROBATION  ☐ FAMILY SUPPORT TRUSTEE $___
Count ___   $ 100   PA 170   ☐ Orig. Fine Bal.   ☐ Sentence Suspended Ct. 2, 6
Count 5 ___   $ 100   PA 170   ☐ PC 2900.5   ☐ Refer VWAC Restitution Report
Count ___   $ ___   PA ___ to Tot Amt Due   ☐ Restitution $___ thru ☐ VWAC ☐ APO
DRF(RF) $ 100   ☐ Hours of Volunteer Work in lieu of fine   ☐ PC987.8 Fees Ordered $___
APA/DPF $ ___   ☐ Payments granted/modified $___ per month commencing ___
LAB $ ___   ☐ Stay to ___ ☐ To Pay Today   ☐ Fees to be collected civilly
NC $ ___   ☐ Committed for fine at one day in jail for each $___ of unpaid fine (May Pay Out)
AR $ ___   ☐ Consecutively ☐ Concurrently to ___ ☐ Deemed satisfied
CJAF $ ___ to ___   ☐ Domestic Violence Fee $___ ☐ Shelter Fee $___

JAIL   ☐ Straight Time ☐ Weekday ☐ Weekend Work ☐ PC1209 Fee Ordered ☐ PC1209 Fee Waived ☐ Work Furlough Recommended
Serve ___ Hrs./Days/Mos. ☐ Suspend ☐ All But ___ Hrs./Days/Mos. ☐ EMP ☐ No Early Release Programs
PC2900.5 credit ___ Hrs./Days. To be served consecutively/concurrently ___
On Condition Participate in Licensed Residential Treatment ☐ Appear Dept. of Correction on ___ AM/PM for Pre-Processing
Sentence to commence ___ at 8:00 AM and consecutive MO/TU/WE/TH/FR/SA/SU ___
Stay of Execution granted to ___ and defendant to surrender to Dept of Correction/Court at that time.

Must hold valid operators license and maintain Liability/Property Damage Insurance. ☐ Advised VC23206 ☐ HTO status ☐ Possess no weapons
Within ___ days enroll in First Offender Alcohol Program and complete without interruption. ☐ Weapon ordered destroyed/returned
Participate in ☐ Delete ☐ Reinstate ☐ Re-refer First/Multiple Offender Alcohol Program as directed by Probation Officer (PO)/Court
Participate in Educational, Vocational, Alcohol, Psychiatric, Domestic Violence or other Therapeutic Program as directed by PO/Court
Submit person/vehicle/residence to search/seizure at any time without benefit of warrant. ☐ Alcohol/Drug Test as ordered by Peace Officer.
License suspended/restricted/revoked for ___ to, from, during ☐ Work/Alcohol Program/School/Appt's. ☐ License surrendered ☐ Purs. VC13202.5/13202.6
License restriction removed ☐ Adv VC23246 ☐ I.I.D. Not/Ordered installed/removed. Term ___ yrs. ☐ To sell/transfer vehicle and notify APO within ___ days.
☐ Impounded ☐ Not Impounded ☐ Order Filed ___ Hours Volunteer Work ☐ As directed by PO/S.A.P. ☐ Register purs. PC290/HS11590
Other Obey all laws

REMANDED to custody until next appearance.
ORDERED RELEASED: ☐ on O/R ☐ on S/O/R   BAIL $___   ☐ Increased ☐ Reduced
COMMITTED to custody until sentence is satisfied in full. ☐ Stay on jail sentence. See above.   ☐ As a condition of SORP

The foregoing is a true copy of the order/judgment rendered on the above date.   J Davis   DEPUTY CLERK

E TO APPEAR: I will appear at all times and places as ordered by the Court, and have read and understand all charges and conditions set forth on this ___ 7/30/1998
de.

___ ON ___   BY ___   DEFENDANT

JACK JAIL  GREEN FILE COPY  BLUE C.I.C.  PURPLE DOR (PROBATION PROB) CERTIFIE

**EXHIBIT 16**

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
PROCEEDINGS ON PROBATION/COURT

2 SAN JOSE FACILITY
200 WEST HEDDING STREET,
SAN JOSE, CA 95110

CASE NO C9927216
CEN          99512824

PEOPLE VS. KAY GABOR
DATE 02/07/2000    1:30 PM DEPT. 52
09/01/1937 CAK0567678

L.K.A.    590    SMOKEY CT 000
Decision.                    CIX368 F

CAMPBELL, CA 95008
HEARING COURT TRIAL.

JUDGE  HON. THANG NGUYEN BARRETT
AGENCY CN-OTHER          -MAYEDA

REPORTER  FELICIA MATTLE
STATUS O-WP
TW Y

DEF. ATTY.  A. LIPTON
SUPO:

CHARGES  M(013)MC7.20.010          M(014)MC21.08.040
mpbell  M(015)MC7.20.010          M(016)MC21.08.040
C.A.  M(019)MC7.20.010          M(020)MC21.08.040
eligman Present      4-14-00 1:30 DS2

NEXT COURT APPEARANCE DATE

☑ Defendant Present  ☐ Not Present
☐ Atty. Not Present  ☑ Present  A/R
☐ A.D.  ☐ P.D.  ☐ Legal Aid  ☐ Spec A

☐ Arr./Advised  ☐ Viol. Of Prob.  ☐ Arr. Waived
☐ Arraignment  ☐ Plea  ☐ I.D. Counsel
Interpreter _____  ☐ Sworn

☐ Not Guilty  Forced  Advised/Waived
☐ Supv O/R  ☐ O/R  ☐ Bail.Hrg  ☐ F.A.R.
Bail ☐ Exonerated  ☐ Forfeited Bond # ___

☐ COP ☑ Guilty  ☐ Nolo Contendere  ☐ Refusal Adm.
☐ Prelim.  ☐ Setting  ☐ Pretrial Conf.
☐ Bail Apply ☐ Bail. Exonerated

☐ Priors  ☐ Allegations  ☐ Admitted  ☐ Denied  ☐ Stricken
☐ Jury ☐ Ct. Trl.  ☐ Peo/Def Waive Jury
☐ Forfeiture Set Aside  ☐ Bail Reinstated

☑ Time Waived  ☐ Not Waived  ☐ For Sentence  as to
☑ Proof of Status on Appeal
☐ Reassumption Filed  ☐ May post & Forfeit

☐ Refer  ☐ Appoint Alternate Defender  ☐ Legal Aid Cts.
☐ Notice of Eligibility Filed  ☐ D.E.J.
☐ B/W Set Aside  ☐ Recalled  ☐ Filed

☐ Alternate/P.D. Declares conflict  ☐ Relieved 13,14,15,
☐ Report to D.A.D.S.  ☐ D.E.J. Fee $___
☐ O/R  ☐ Revoked  ☐ Reinstated

☐ Stip. To Comm.  ☐ PC977 waiver filed 16,19,20.
☐ Probation/  ☐ Sentence
☐ B/W Ordered  ☐ Held  _____  ☐ B/W Stayed

☑ Factual Basis ☑ Findings ☑ Adv. Max. Penalities
☐ Revocation  ☐ Report Prob. Dept.
☐ No Cite Release  ☐ No Requests  ☐ Cash only

☑ Waives rights
☐ Within 3 Days  ☐ Upon Release
☐ Hearing on Motion

☐ Amended to VC23103(a)  ☐ purs.VC23103.5 MDA
☐ Adv. PC12021(c)  ☐ VC14607.8  ☐ PC666
Motion ☐ Denied  ☐ Granted  ☐ O/C  ☐ Submitted

☐ D.A. statement filed  ☐ Dismissed
☐ $_____  Costs by _____

☐ Amended _____
☐ Protective Order issued/mod./terminated

☐ PC17 Reduction _____
Sent. Stayed on Cts.13,15,19 Pending Out
☐ Served  as a condition probation

☐ Sentenced to _____ County Jail ☑ Execution ☐ Imposition of sentence suspended for the probationary period.  of Appeal
☑ COURT  ☐ FORMAL PROBATION GRANTED for a period of ___3___ days/mos/(years) from the date of this order.
☐ Probation  ☐ Reinstated  ☐ Terminated  ☐ Modified  ☐ Revoked. Court finds Violation/No Violation Prob.  ☐ Probation extended to expire
☐ Original Terms in full force except as amended herein _____
☐ Probation may be modified to _____  ☐ Upon completion of _____
☑ Conditions of Probation follow (see reverse side for additional conditions)  ☐ PC1203.1B fees ordered/waived $_____ + $_____/mo.

FINE  PAY TO:  ☐ COURT  ☐ D.O.R.  ☐ PROBATION  ☐ FAMILY SUPPORT TRUSTEE $ _____

Count  13  $ 100  PA  170  ☐ Orig. Fine Bal.  Ct. 14,16,20.
Count  15  $ 100  PA  170  ☐ (3 STS)  ☑ Sentence Suspended
Count  19  $ 100  PA  170  ☐ PC2900.5 ___  ☐ Refer VWAC Restitution Report
                              ☐ Terminate ___  ☐ Restitution $ _____ thru ☐ VWAC  ☐ APO

DRF(RF)$ 100
☐ Hours of Volunteer Work in lieu of fine  ☐ PC987.8 Fees Ordered $ _____

APA/DPF $ ___
☐ Payments granted/modified $ _____  per month commencing _____

F  LAB $ ___
☐ Stay to _____  ☐ To Pay Today  ☐ Fees to be collected civilly

E  NC $ ___
☐ Committed for fine at one day in jail for each $ _____ of unpaid fine (May Pay Out)

E  AR $ ___
☐ Consecutively  ☐ Concurrently to _____  ☐ Deemed satisfied

S  CJAF $ ___  to _____
☐ Domestic Violence Fee $ _____  ☐ Shelter Fee $ _____

JAIL  ☐ Straight Time  ☐ Weekday  ☐ Weekend Work  ☐ PC1209 Fee Ordered  ☐ PC1209 Fee Waived  ☐ Work Furlough Recommended
☐ Serve _____ Hrs./Days/Mos.  ☐ Suspend _____ All But _____ Hrs./Days/Mos.  ☐ EMP  ☐ No Early Release Programs
☐ PC2900.5 credit _____ Hrs./Days. To be served consecutively/concurrently _____
☐ On Condition Participate in Licensed Residential Treatment  ☐ Appear Dept. of Correction on _____ AM/PM for Pre-Processing
☐ Sentence to commence _____ at 8:00 AM and consecutive MO/TU/WE/TH/FR/SA/SU _____
☐ Stay of Execution granted to _____ and defendant to surrender to Dept of Correction/Court at that time.

☐ Must hold valid operators license and maintain Liability/Property Damage Insurance.  ☐ Advised VC23206  ☐ HTO status  ☐ Possess no weapons
☐ Within _____ days enroll in First Offender Alcohol Program and complete without interruption.  ☐ Weapon ordered destroyed/returned
☐ Participate in  ☐ Delete  ☐ Reinstate  ☐ Re-refer First/Multiple Offender Alcohol Program as directed by Probation Officer (PO)/Court
☐ Participate in Educational, Vocational, Alcohol, Psychiatric, Domestic Violence or other Therapeutic Program as directed by PO/Court
☐ Submit person/vehicle/residence to search/seizure at any time without benefit of warrant.  ☐ Alcohol/Drug Test as ordered by Peace Officer.
☐ License suspended/restricted/revoked for _____ to, from, during  ☐ Work/Alcohol Program/School/Appt's.  ☐ License surrendered  ☐ Purs. VC13202.5/13202.6
☐ License restriction removed  ☐ Adv VC23246  ☐ I.I.D. Not/Ordered installed/removed. Term _____ yrs.  ☐ To sell/transfer vehicle and notify APO within _____ days.
☐ Vehicle  ☐ Impounded  ☐ Not Impounded  ☐ Ordered Filed _____ Hours Volunteer Work  ☐ As directed by PO/S.A.P.  ☐ Register purs. PC290/HS11590
☑ Other  Obey all laws

☐ REMANDED to custody until next appearance.
☐ ORDERED RELEASED:  ☐ on O/R  ☐ on S/O/R  BAIL $ _____
☐ Increased  ☐ Reduced
☐ As a condition of SORP
☐ COMMITTED to custody until sentence is satisfied in full.  ☐ Stay on jail sentence. See above.

I certify the foregoing is a true copy of the order/judgment rendered on the above date.

CLERK OF THE ABOVE ENTITLED COURT BY ___JDavis___          _____ DEPUTY CLERK

PROMISE TO APPEAR: I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.

EXECUTED ON _____          BY _____          _____ DEFENDANT

15

Distribution: BLACK JAIL, GREEN FILE COPY, BLUE CJIC, PURPLE DOR /PROBATION, BROWN DEFENDANT

190 W. HEDDING ST

COUNTY OF SANTA CLARA
PROCEEDINGS SENTENCE, PROBATION ORDER

CASE NO. C9927214
99512834

PEOPLE VS.
L.K.A.

KAY GABOR

590        SMOKEY CT 000
CAMPBELL, CA 95008

DATE 07/01/1937  CAK0567678

R. LOZA

DEPT.

CIX360

ORDER OF COURT — **Prob Hearing**

JUDGE   HON. ARTHUR BOCANEGRA
REPORTER   J HERNANDEZ/WAIVED
DEF. ATTY.

HEARING
AGENCY
STATUS

ON—OTHER—        —MAYEDA
O—

TW

CHARGES   M(013)MC7.20.010        M(014)MC21.08.040
M(015)MC7.20.010        M(016)MC21.08.040
M(019)MC7.20.010        M(020)MC21.08.040

VIOLATION DATE
04/30/1998

**City atty seligman.**

**5.3.04 @ 130PM D52**

NEXT COURT APPEARANCE DATE

☒ Defendant Present ☐ Not Present
☐ Arr./Advised ☐ Viol. Of Prob. ☐ Arr. Waived
☐ Not Guilty ☐ Reptr. Advised/Waived
☐ COP ☐ Guilty ☐ Nolo Contendere ☐ Refusal Adm.
☐ Priors ☐ Allegations ☐ Admitted ☐ Denied ☐ Stricken
☐ Time Waived ☐ Not Waived ☐ For Sentence
☐ Refer ☐ Appoint Alternate Defender ☐ Legal Aid
☐ Alternate/P.D. Declares conflict ☐ Relieved
☐ Stip. To Comm. ☐ PC977 waiver filed
☐ Factual Basis ☐ Findings ☐ Adv. Max. Penalties
☐ Waives rights **WH#1 Fay Tanashha**
☐ Amended to VC23103(a) ☐ purs.VC23103.5 MDA **recalled**
☐ D.A. statement filed ☐ Dismissed **WH#2 Kay Gabor** PROBATION DENIED
☐ Amended _____
☐ PC17b Reduction    **Court finds A in violation**
☒ Sentenced to _____    ☐ County Jail ☐ Execution
☒ COURT ☐ FORMAL PROBATION GRANTED for a period of _____
☐ Probation ☐ Reinstated ☐ Terminated ☒ Modified ☒ Revoked (Court finds violation/No-Violation Prob.)
☒ Original Terms in full force except as amended herein **CRAIG SILVERMAN**
☐ Probation may be modified to _____    ☐ Upon completion of _____
☐ Conditions of Probation follow (see reverse side for additional conditions) ☐ PC1203.1B fees ordered/waived $

☐ Atty. Not Present ☒ Present **Powell**
☐ Arraignment ☐ Plea ☐ I.D. Counsel
☐ Supv O/R ☐ O/R ☐ Bail Hrg ☐ F.A.R.
☐ Prelim. ☐ Setting ☐ Pretrial Conf.
☐ Jury ☐ Ct. Trl. ☐ Peo/Def Waive Jury
☒ Proof of **payment of fine**
☐ Notice of Eligibility Filed ☐ D.E.J.
☐ Report to D.A.D.S. ☐ D.E.J. Fee $
☐ Probation/ ☐ Sentence
☐ Revocation ☐ Report Prob. Dept.
☐ Within 3 Days ☐ Upon Release
☐ Ready. PC12021(c) ☐ VC14607.8 ☐ PC666

Interpreter _____
Bail ☐ Exonerated ☐ Forfeited Bond # _____ ☐ Sworn
☐ Bail Apply ☐ Bal. Exonerated
☐ Forfeiture Set Aside ☐ Bail Reinstated
☐ Reassumption Filed ☐ May post & Forfeit
☐ B/W Set Aside ☐ Recalled ☐ Filed
O/R ☐ Revoked ☐ Reinstated
☐ B/W Ordered, Bail $ _____ ☐ B/W Stayed
☐ No Cite Release ☐ No Requests ☐ Cash only
☐ Hearing on Motion
Motion ☐ Denied ☐ Granted ☐ O./C ☐ Submitted
☐ $ _____ Costs by _____
☐ Protective Order issued/mod./terminated
☐ Served ☐ As condition probation

☐ Imposition of sentence suspended for the probationary period.
_____ days/mos./years from the date of this order.
**No-Violation Prob.** ☒ Probation extended to expire **2.7.05**
**fines previously ordered totaling**
**By Judge Barrett als will + stayed**

FINE   PAY TO:   ☐ COURT   ☒ Prob   ☐ PROBATION   ☐ FAMILY SUPPORT TRUSTEE $ **Proof of payment on**

Count _____ $ _____ PA   Orig. Fine Bal. $ _____   ☐ Sentence Suspended **5.3.04  A state payment**
Count _____ $ _____ PA   CTS PC 2900.5 $ _____   ☐ Refer VWAC Restitution Report **his already been**
Count _____ $ _____ PA   Total Amt Due $ _____   ☐ Restitution $ _____ thru _____ ☐ VWAC ☐ APO **Made**

F   DRF/RF $ _____
E   APA/DPF $ _____        Hours of Volunteer Work in lieu of fine
E   LAB $ _____        ☒ Payments granted/modified $ _____ VWOT   per month commencing _____   **$217.04**
E   NC $ _____        ☐ Stay to _____        ☐ To Pay Today ☐ Fees to be collected civilly
S   AR $ _____        ☐ Committed for fine at one day in jail for each $ _____ of unpaid fine (May Pay Out) **is already**
   CJAF $ _____ to _____   ☐ Consecutively ☐ Concurrently to _____   ☐ Deemed satisfied **paid**
                 ☐ Domestic Violence Fee $ _____ ☐ Shelter Fee $ _____

JAIL   ☐ Straight Time ☐ Weekday ☐ Weekend Work ☐ PC1209 Fee Ordered ☐ PC1209 Fee Waived ☐ Work Furlough Recommended
☐ Serve _____ Hrs./Days/Mos. ☐ Suspend ☐ All But _____ Hrs./Days/Mos. ☐ EMP ☐ No Early Release Programs   **Payment**
☐ PC2900.5 credit _____ Hrs./Days. To be served consecutively/concurrently _____   **of fine**
☐ On Condition Participate in Licensed Residential Treatment ☐ Appear Dept. of Correction on _____ AM/PM for Pre-Processing
☐ Sentence to commence _____ at 8:00 AM and consecutive MO/TU/WE/TH/FR/SA/SU   **total is**
☐ Stay of Execution granted to _____   and defendant to surrender to Dept of Correction/Court at that time.   **1,110,**

☐ Must hold valid operators license and maintain Liability/Property Damage Insurance. ☐ Advised:VC23206 ☐ HTO status ☐ Possess no weapons
☐ Within _____ days enroll in First Offender Alcohol Program and complete without interruption. ☐ Weapon ordered destroyed/returned
☐ Participate in ☐ Delete ☐ Reinstate ☐ Re-refer First/Multiple Offender Alcohol Program as directed by Probation Officer (PO)/Court   **370 ct.13**
☐ Participate in Educational, Vocational, Alcohol, Psychiatric, Domestic Violence or other Therapeutic Program as directed by PO/Court   **370 ct.15**
☐ Submit person/vehicle/residence to search/seizure at any time without benefit of warrant. ☐ Alcohol/Drug Test as ordered by Peace Officer.   **370 ct.19**
☐ License suspended/restricted/revoked for _____ to, from, during ☐ Work/Alcohol Program/School/Appt's. ☐ License surrendered ☐ Purs. VC13202.5/13202.6
☐ License restriction removed ☐ Adv VC23246 ☐ I.I.D. Not/Ordered installed/removed. Term _____ yrs. ☐ To sell/transfer vehicle and notify APO within _____ days
Vehicle ☐ Impounded ☐ Not Impounded ☐ Order Filed   **75** Hours Volunteer Work ☐ As directed by PO/SAP. ☐ Register purs. PC290/HS11590
☐ Other _____   **animal related volunteer work unseen**
                 **Recommended**

☐ REMANDED to custody until next appearance.
☐ ORDERED RELEASED: ☐ on O/R ☐ on S/O/R    BAIL $ _____   ☐ Increased ☐ Reduced
☐ COMMITTED to custody until sentence is satisfied in full. ☐ Stay on jail sentence. See above.   ☐ As a condition of SORP

I certify the foregoing is a true copy of the order/judgment rendered on the above date.

CLERK OF THE ABOVE ENTITLED COURT BY **Exhibits released.**

_____ DEPUTY CLERK

PROMISE TO APPEAR: I will appear at all times and places as ordered by the Court, and have read and understand all conditions set forth on the reverse side.

EXECUTED ON _____ BY _____ DEFENDANT

**EXHIBIT 17**

**39/0**

Distribution: BLACK COURT/FILE COPY, GREEN JAIL, BLUE D/O, PURPLE ROD-PROBATION, PROBATION-PINK DEFENDANT

Kay Gabor
590 Smokey Court
Campbell, Ca. 95008
408-378-4326
Jan. 4, 2004

# FILED

JAN 0 5 2004

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SANTA CLARA

( City of Campbell )
PEOPLE OF THE STATE OF CALIFORNIA
Plaintiff

Case No; C9896574 and C9927216

Notice to Appeal of Superior Court
Judge Arthur Bocanegra
decision to violate court
Probation of Kay Gabor
To the Sixth Appellate Dist.

v.

Kay Gabor
Defendant and Appellant

Kay Gabor, age 65 petition the Sixth Appellate Court to review the decision by Judge
Arthur Bocanegra on Dec.12, 2003 to violate Kay Gabor for probation violation of city
municipal codes, This case has been before the Superior Court since 1998. Selectively
prosecuted by Campbell City Attorney William R. Seligmann for multiple duplicated
Criminal Misdemeanor charges.

*Kay Gabor*
Kay Gabor

**EXHIBIT 18**   34/6

**APPELLATE DEPARTMENT**
## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF SANTA CLARA

FILED
JAN 2 6 2004

~~KIRI TORRE~~
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara

BY _____ DEPUTY

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA ) | Case No. 1-04-AP000059 |
| Plaintiff ) | Limited Jurisdiction |
| ) | C9886574 |
| -vs- ) | Case No. C9927216 |
| _Kay Gabor_ ) | Appellate |
| Defendant ) | |
| ) | **DECLARATION AND ORDER** |
| ) | **RE APPOINTMENT OF** |
| _____ ) | **COUNSEL ON APPEAL** |

The matter which has been appealed from Superior Court Limited Jurisdiction is a criminal/traffic violation of (Section Code) _City Municipal Codes (Campbell)_

_7.20.010 — 21.08.040_

The sentence imposed was _Violation of Probation (Court)_

_Extended until Feb 7, 2005 Fines and_

_150 Hours Community Service_

### ORDER

Defendant (is/is not) deemed to be indigent for the purposes of appeal.  The petition for appointment of counsel is (granted/not granted).

The following attorney is appointed to represent the appellant:

_Thomas V. Orvis_
Name
_49 Showers Drive, Suite #D463_
Address
_Mountain View, CA   94040_
City/State/Zip Code
_(650) 328-4118_
Telephone Number

Date: _1/20/04_

_Susan R. Bernardini_
Presiding Judge of the Appellate Department

5-15-2000js/ORDER.APPT.OF.COUNSEL

355

Kay Gabor
590 Smokey Court
Campbell, Ca. 95008
408-378-4326
April 19, 2004



**(ENDORSED)**
**FILED**
APR 19 2004
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY_____ DEPUTY

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA
### APPELLATE DIVISION
#### JUDGE SUSAN R. BERNARDINI

PEOPLE OF THE STATE OF CALIFORNIA
( City of Campbell )
Plaintiff

Case No. 1-04-AP-000059
Case No; C9886574 and C9927216
Request the court for an extension of
time 25 to 30 days to file an
additional brief.

v.

Kay Gabor
Defendant and Appellant

     Kay Gabor, Defendant and Appellant request the court grant an extension of time twenty five days (25 to 30) that I may file a brief in my behalf. Assigned by the court appeals attorney Thomas V. Orvis proposed brief does not enter a plea in my favor or has any force or effect about an appeal to the Sixth Appellate District. I further request my right to represent myself in any future court hearings.

**Quoting from  Assigned Appeals Attorney Thomas V. Orvis;**
     In People v. Wende (1979) 25 Cal.3d 436, the California Supreme Court set out the respective duties of this Court and appointed counsel where counsel is unable to identify an appealable issue.  The duties imposed by People v. Wende are designed to comply with the requirements of Anders v. California (1967) 386 U.S. 738.
     Where the facts of the case warrant it, counsel may file a brief, which raises no specific issues.  In such a case, counsel may properly remain in the case so long as he has not described the case as <u>frivolous</u>, and has written to appellant that he may request the court to have counsel relieved, if he so desires, and that appellant may file a supplemental brief on his own behalf within 30 days of the filing of this brief. People v. Wende, supra., 25 Cal.3d at 442.
     <u>Counsel has not described the appeal as frivolous</u> and appellant has been informed of the filing of this brief and of his <u>right to file a supplemental brief.</u>

Respectfully submitted,

DATE: April **19**, 2004

_Kay Gabor_
Kay Gabor, Defendant-Appellant

**EXHIBIT 19**

# CERTIFICATE OF SERVICE

I hereby certify that Kay Gabor's request for an extention of time to file a brief on her own behalf was served upon all parties, listed below, in person or by First Class U.S.Mail on this _19th_ day of April, 2004.


signature, notary NOT required

PARTIES

CLERK OF THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
191 N. First Street
San Jose, CA. 95113-1090

Cindy Cole, District Attorney- SCCC
70 West Hedding, West Wing
San Jose, CA. 95110

Thomas V. Orvis
Attorney at Law
49 Showers Drive, Suite #D463
Mountain View, CA. 94040

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA
### APPELLATE DIVISION
### JUDGE  SUSAN R. BERNARDINI

**FILED**

APR 2 9 2004

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY

PEOPLE OF THE STATE OF CALIFORNIA
( City of Campbell )
Plaintiff

     v.

Kay Gabor
Defendant and Appellant

Case No. 1-04-AP-000059
Case No;  C9886574 and C9927216
ORDER

I grant defendant Kay Gabor extension of time of __30__ days from April 1̶9̶ 26, 2004 to

May __25__, 2004

I __allow_____ defendant Kay Gabor to file a *supplemental* brief on her on behalf.
**Refering to;**   People v. Wende (1979) 25 Cal.3d 436,

THE FOREGOING INSTRUMENT IS
A CORRECT COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
ATTEST: KIRI TORRE

APR 2 9 2004

CHIEF EXECUTIVE OFFICER/CLERK
SUPERIOR COURT OF CA COUNTY OF SANTA CLARA
IN AND FOR THE COUNTY OF SANTA CLARA
BY _____ DEPUTY
Jenny Lui

DATE: April **23**, 2004

*Susan R. Bernardini*
**JUDGE  SUSAN R. BERNARDINI**

Kay Gabor, Appellant
590 Smokey Court
Campbell, CA. 95008
408-378-4326



**(ENDORSED)**
**F I L E D**
JUN - 7 2004

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY
Jenny Lui

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA
## APPELLANT DEPARTMENT

PEOPLE OF THE STATE OF CALIFORNIA )
)
Plaintiff,                         )
)
v.                                 )
)
)
)
Kay Gabor                          )
)
Defendant-Appellant.               )
)
_____)

Case No. 1-04-AP 0000 59

Case No. C9886574 and
C9927216
APPELLANTS PETITION-
TO DISMISS COURT
APPOINTED ATTORNEY
THOMAS V. ORVIS

# APPELLANT REASON FOR REQUEST
# TO DISMISS ATTORNEY

1. Thomas V. Orvis opening brief dated April 14, 2004 did not appeal Kay
Gabor's sentencing from Superior Court Judge Arthur Bocanegra decision
on December 12, 2003. Orvis brief only quoted from the court transcripts.

2. Appointed attorney Orvis denied to challenge the court for U.S.
Constitutional and State Law that were in violation of Gabor's rights.

3. Gabor considers Orvis brief damaging to her appeal requesting court to
remove him and allow Gabor to represent herself with the right to assistance
of council that Gabor chooses. ( 6th Amendment of the Constitution )

# DISCUSSION  AND POINTS TO CONSIDER
**Practicing law without a license is a right under the 1st amendment - a
right that cannot be Abridged. "shall make no law ......abridging the
freedom of speech, or of the press; or the right to petition the government for
a redress of grievances." - 1st amendment Speech, petition, counseling,
and association are all 1st amendment rights. They are "privileges"....**

**Page 1 of 2**

**EXHIBIT 20**

--( No state shall make or enforce any law which shall abridge the **privileges or immunities** of citizens of the United States - 14th amendment) **citizenship under the 14th amendment " privileges and immunities" clause and you have an immunity from prosecution for exercising these rights!**

"I remind the court that due process means due process at EVERY stage of the proceeding. Due process includes a meaningful opportunity to be heard. Due process also includes a record for appeal. I ask that you at least permit me to present the reason for the relevance of this constitutional issue before you rule on it. You can not possibly know what my argument is until I state it."

*The rule of* **Gideon v Wainwright** *forbids you to convict me if I don't have effective counsel. Thomas A. Orvis has so far proven he is not effective to aid me in my appeal.*

Respectfully submitted,

DATE: June____7____, 2004

_____

Kay Gabor, Defendant-Appellant
590 Smokey Court
Campbell, CA .95008-3717
408-378-4326

**Page 2 of 2**

CERTIFICATE OF SERVICE

      I hereby certify that Appellant Gabor request to Remove Thomas V. Orvis as her court appointed attorney was placed in the First Class U.S. Mail on this ___ day of June, 2004 by John Gabor

_____

signature, notary NOT required


PARTIES

CLERK OF THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
191 N. First Street
San Jose, CA. 95113-1090

Cindy Cole, District Attorney- SCCC
70 West Hedding, West Wing
San Jose, CA. 95110

Attorney - Appointed by the court
Thomas V. Orvis
49 Showers Drive, Suite #D463
Mountain View, CA. 94040

Attorney
Wm. R. Seligmann
333 Church St.   Suite A
Santa Cruz, Ca. 95060

# FILED

JUN 2 5 2004

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of Ca County of Santa Clara
BY _____ DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

APPELLATE DEPARTMENT

PEOPLE OF THE STATE OF CALIFORNIA, )
)
   Defendant and Respondent,   ) No. 1-04-AP-000059
) Trial Ct No. C9886574 and
v.   ) C9927216 (consolidated)
)
KAY GABOR,   )
) **ORDER ON MOTION FOR**
) **SUBSTITUTION OF APPELLATE**
) **COUNSEL**
   Plaintiff and Appellant.   )
_____)

    Appellant Kay Gabor's Petition to Dismiss Court Appointed Attorney
Thomas V. Orvis is denied.

    (Bernardini, J., Huber, J. and Lucas, J. participated in this
decision.)

THE FOREGOING INSTRUMENT IS
A CORRECT COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
ATTEST: KIRI TORRE

DATED: 6/23/04   JUN 2 5 2004

CHIEF EXECUTIVE OFFICER/CLERK
SUPERIOR COURT OF CA COUNTY OF SANTA CLARA
IN AND FOR THE COUNTY OF SANTA CLARA
BY _____ DEPUTY

*Susan R. Bernardini*
SUSAN R. BERNARDINI
Judge

1

**FILED**

AUG 0 5 2004

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara

BY _____ DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

APPELLATE DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, )<br>　　Plaintiff and Respondent, )<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>KAY GABOR,　　　　　　　　　　)<br>　　Defendant and Appellant. )<br>_____) | 1-04-AP-000059<br>Trial Ct No. C9886574 and<br>　C9927216 (consolidated)<br><br>ORDER |

　　Appellant Kay Gabor's Second Petition to Remove Court-Appointed

Attorney Thomas V. Orvis is denied.

　　(Bernardini, J. and Lucas, J. participated in this decision.)

DATED: ___7/28/04___

_Susan R. Bernardini_
SUSAN R. BERNARDINI
Judge

1

Kay Gabor, Appellant
590 Smokey Court
Campbell, CA. 95008
408-378-4326



(ENDORSED)
F I L E D
OCT 2 9 2004
KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY
Jenny Lu

### SUPERIOR COURT OF CALIFORNIA
### COUNTY OF SANTA CLARA
### APPELLATE DIVISION

PEOPLE OF THE STATE OF CALIFORNIA    )

              Plaintiff,    )

              v.    )

Kay Gabor    )

        Defendant - Appellant    )

Santa Clara Clara County
Appellate Court
Case No. 1-04-AP 0000 59
Superior Court Criminal
City Code Misdemeanors
Case No. C9886574 and
      C9927216

### DISQUALIFY ALL SUPERIOR COURT JUDGES
Code of Civil Procedure 170.8

    I, Kay Gabor, Defendant and Appellant hereby notify the Superior Appellate Court and the Judicial Council there is no qualified Judges in the entire Santa Clara County Superior Court to hear this matter as they have proven since 1998 I can not receive a fair impartial hearing as all Superior Court Judges are all prejudice against me. The court ignores State Constitution and The Constitution for the United States. The entire court is schooled in the art of judicial corruption.

In all fairness the Appellate Court should have this matter heard by Superior Court judges (3) from another county.

U.S. v. Frega, 179 F. 3d 793 (9th Cir. 1999) at 793:
Superior court judges and one private attorney convicted of conducting the affairs of the superior court through a pattern of predicate act of racketeering in violation of RICO, 18 U.S.C. ßß 1962, 1962(d) in San Diego County, California.

Oct 28, 2004

                              Kay Gabor
                          Defendant / Appellant

**EXHIBIT 21**

CERTIFICATE OF SERVICE:

I hereby certify that Appellant Kay Gabor demand to Disqualify all judges in the Santa Clara County Superior Court, Code of Civil Procedure 170.8 was placed in the First Class U.S. Mail on this _____ day of Oct, 2004 by Fred Goering

_Fred Davis_

Signature, notary NOT required

PARTIES:



JUDICIAL COUNCIL
CHAIRMAN
455 Golden Gate Ave.
San Francisco, Ca. 94102

COUNTY OF SANTA CLARA
SUPERIOR COURT OF CALIFORNIA
PRESIDING JUDGE THOMAS HANSEN
161 N. First Street
San Jose, Ca. 95113

CLERK OF THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
191 N. First Street
San Jose, CA. 95113-1090

CLERK OF SANTA CLARA COUNTY JUDICIAL DISTRICT
(limited jurisdiction)
200 West Hedding St.
San Jose, Ca. 95110

Cindy Cole, District Attorney- SCCC
70 West Hedding, West Wing
San Jose, CA. 95110

Attorney
Thomas V. Orvis
49 Showers Drive, Suite #D463
Mountain View, CA. 94040



IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

THE PEOPLE,

    Plaintiff and Respondent,

v.

KAY GABOR,

    Defendant and Appellant.

H027858
(Santa Clara County
Super. Ct. Nos. 1-04-AP000059,
C9886574, ~~C99272116~~)

**FILED**

SEP 1 6 2004



BY THE COURT:

    The petition to transfer is denied.

RECEIVED

SEP 2 0 2004

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY
    MANUEL MA...

(Rushing, P.J., Mihara, J., and Walsh, J.,* participated in this decision.)

Dated   __**SEP 1 6 2004**__          **RUSHING, P.J.**_____ P.J.

    *Judge of the Santa Clara County Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

**EXHIBIT 22**



FILED

FEB - 1 2005

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY _____ DEPUTY
Jenny Lui

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SANTA CLARA

APPELLATE DIVISION

**PEOPLE OF THE STATE OF CALIFORNIA,**  )    4
    Plaintiff and Respondent,  ) 1-03-AP-000059
                                )  Trial Ct Nos. C9886574 & C9927216
           v.  )
                                )
**KAY GABOR**  ) ORDER
    Appellant and Defendant.  )
_____  )

This appeal came on regularly for hearing and was heard and submitted on December 10, 2004.

We appointed counsel to represent Appellant on appeal. Counsel has filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal under *People v. Wende* (1979) 25 Cal.3d 436.

Appellant has filed a supplemental brief in which she raises

1

several issues. However, her issues have no merit. Many of these issues were rejected by this Court in Appellant's prior appeal of her original conviction.

Furthermore, our courts have stated that "the 'duty' to prosecute a municipal ordinance violation in a general law city may properly befall its city attorney because he is an 'officer of the city qualified' to appear in court for the purpose." (*Montgomery v. Superior Court of Solano County* (1975) 46 Cal.App.3d 657, 668, *citing People ex rel. Chapman v. Rapsey* (1940) 16 Cal.2d 636, 643.)

In addition, the trial court had the discretion to allow the state to reopen its case to present the testimony of witness Tracey Acre. "It is well settled that the trial court has broad discretion to order a case reopened and allow the introduction of additional evidence." (*People v. Goss* (1992) 7 Cal.App.4th 702, 706, *citing* Pen. Code § 1094; *People v. Rodriguez* (1984) 152 Cal.App.3d 289, 294.) In this matter, the court gave Appellant nearly one month to bring witnesses to rebut Acre's testimony.

Moreover, Appellant's complaint that Judge Barrett should have considered the probation revocation, not Judge Bocanegra, also has no merit. "Defendant would have us hold that if probation is revoked years after the bargain is kept and sentence technically imposed for the first time, he is entitled to have the same judge who accepted the plea impose 'the sentence.' We decline to reach such an absurd result." (*People v. Watson* (1982) 129 Cal.App.3d 5, 8.)

Finally, Appellant's remaining issues are either too vague or

2

1 concern matters outside the record and are thereby not cognizable on
2 appeal.

3    In addition to addressing Appellant's arguments, we have also
4 undertaken an examination of the entire record. We find no arguable
5 error that would result in a disposition more favorable to defendant.

7    Therefore, the judgment is AFFIRMED.

9 DATED: 1/25/05



SUSAN R. BERNARDINI
Acting Presiding Judge



PATRICIA M. LUCAS
Judge

THE FOREGOING INSTRUMENT IS
A CORRECT COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE
ATTEST: KIRI TORRE

FEB - 1 2005

CHIEF EXECUTIVE OFFICER/CLERK
SUPERIOR COURT OF CA COUNTY OF SANTA CLARA
IN AND FOR THE COUNTY OF SANTA CLARA
BY _____ Jenny Lui _____ DEPUTY

THE GREAT SEAL OF THE STATE OF CALIFORNIA
EUREKA

ADRMOP, CLOSED, ProSe

# U.S. District Court
# California Northern District (San Jose)
# CIVIL DOCKET FOR CASE #: 5:04-cv-05230-JF

Gabor et al v. Seligmann et al
Assigned to: Hon. Jeremy Fogel
Referred to: Magistrate Judge Howard R. Lloyd
Demand: $1,870,000
Case in other court: USCA for the Ninth Circuit, 5-17295
Cause: 42:1981 Civil Rights

Date Filed: 12/10/2004
Date Terminated: 10/07/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**John Gabor**                    represented by    **John Gabor**
                                                    590 Smokey Court
                                                    Campbell, CA 95008
                                                    408-378-4326
                                                    PRO SE

**Plaintiff**

**Kay Gabor**                     represented by    **Kay Gabor**
                                                    590 Smokey Court
                                                    Campbell, CA 95000
                                                    408-378-4326
                                                    PRO SE

V.

**Defendant**

**Seligmann**                     represented by    **Mark Scott Collins**
*in his official and individual*                    Collins & Schlothauer
*capacity*                                          1818 The Alameda
                                                    San Jose, CA 95126-1731
                                                    408/298-5161
                                                    Fax: 408-297-5766
                                                    Email: msc@cslawfirm.com
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**EXHIBIT 23**

Timothy James Schmal, Esq.
Burton, Volkmann & Schmal, LLP
133 Mission Street
Suite 102
Santa Cruz, CA 95060
831-425-5023
Fax: 831-427-3159
Email: TSchmal@bvsllp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Campbell**                  represented by  **Mark Scott Collins**
*a municiapal corporation*                            (See above for address)
                                                      *TERMINATED: 05/11/2006*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Timothy James Schmal, Esq.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**David Gullo**                       represented by  **Mark Scott Collins**
*Capbell Police Chief, in his*                        (See above for address)
*official and individual capacity*                    *TERMINATED: 05/11/2006*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Timothy James Schmal, Esq.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Grace Moro**                        represented by  **Mark Scott Collins**
*in her official and individual*                      (See above for address)
*capacities*                                          *TERMINATED: 05/11/2006*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Timothy James Schmal, Esq.**
                                                      (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Mendez**                           represented by **Mark Scott Collins**
*in his official and individual*                         (See above for address)
*capacities*                                             *TERMINATED: 05/11/2006*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Timothy James Schmal, Esq.**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Silicone Valley Humane Society**
*a private corporation*

**Defendant**

**Christine Benninger**
*Human Society President, in her*
*official and individual capacity*

**Defendant**

**Tracy Acres**
*in her individual capacity*

**Defendant**

**William R. Seligmann**                   represented by **Timothy James Schmal, Esq.**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Thang Nguyen Barrett**
*in his official and individual*
*capacity*

**Defendant**

**Arthur Bocanego**
*in his official and individual*
*capacity*

**Defendant**

**Campbell Police Department**                 represented by    **Mark Scott Collins**
*in its municipal capacity*                                      (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Timothy James Schmal, Esq.**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Collins & Schlothauer**                      represented by    **Timothy James Schmal, Esq.**
*in its corporate capacity*                                      (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Scott Collins**                         represented by    **Timothy James Schmal, Esq.**
*in his official and individual*                                 (See above for address)
*capacity*                                                       *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**US District Judge Jeremy Fogel**             represented by    **Claire T. Cormier**
*in his official and individual*                                 United States Attorney's Office
*capacity*                                                       Northern District of California,
                                                                 San Jose Branch
                                                                 150 Almaden Boulevard
                                                                 Suite 900
                                                                 San Jose, CA 95113
                                                                 408-535-5082
                                                                 Fax: 408-535-5081
                                                                 Email: claire.cormier@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Joann M. Swanson**
                                                                 United States Attorney's Office
                                                                 450 Golden Gate Avenue
                                                                 Box 36055
                                                                 San Francisco, CA 94102
                                                                 (415) 436-6855
                                                                 Fax: (415) 436-6748

Email: joann.swanson@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Vincent Ryan**
United States Attorney
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102
415-436-6730
Fax: 415-436-6748
*ATTORNEY TO BE NOTICED*

**Mark St. Angelo**
Karshmer & Associates
2150 Shattuck Ave., Suite 725
Berkeley, CA 94704
510-841-5056
Fax: 510-841-6167
Email:
msa@karshmerindianlaw.com
*TERMINATED: 05/17/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas V. Orvis**
*in his official and individual*
*capacity*

**Defendant**

**United States of America**                 represented by **Claire T. Cormier**
*in its official capacity*                                   (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Defendant**

**Clerk Richard W. Wieking**                 represented by **Claire T. Cormier**
*in his official and individual*                             (See above for address)
*capacity*                                                   *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Joann M. Swanson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Vincent Ryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark St. Angelo**
(See above for address)
*TERMINATED: 05/17/2006*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2004 | 1 | COMPLAINT (NO PROCESS); Jury Demand; IFPP; against all defendants. Filed byJohn Gabor, Kay Gabor. (bw, COURT STAFF) (Filed on 12/10/2004) (Entered: 12/13/2004) |
| 12/10/2004 | 2 | EXHIBITS Supporting Title 42 Civil Complaint filed byJohn Gabor, Kay Gabor. (bw, COURT STAFF) (Filed on 12/13/2004) (Entered: 12/13/2004) |
| 12/10/2004 | 3 | MOTION for Leave to Proceed in forma pauperis filed by John Gabor, Kay Gabor. (bw, COURT STAFF) (Filed on 12/10/2004) (Entered: 12/13/2004) |
| 12/10/2004 | 4 | MOTION to Appoint Counsel filed by John Gabor, Kay Gabor. (bw, COURT STAFF) (Filed on 12/10/2004) (Entered: 12/13/2004) |
| 12/10/2004 | 5 | ADR SCHEDULING ORDER: Case Management Statement due by 4/5/2005. Case Management Conference set for 4/12/2005 01:30 PM. (bw, COURT STAFF) (Filed on 12/10/2004) (Entered: 12/13/2004) |
| 12/10/2004 | 6 | Declination to Proceed Before a U.S. Magistrate Judge by John Gabor, Kay Gabor. (bw, COURT STAFF) (Filed on 12/10/2004) (Entered: 12/13/2004) |
| 12/13/2004 | 7 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bw, COURT STAFF) (Filed on 12/13/2004) (Entered: 12/13/2004) |
| 12/13/2004 | 8 | ORDER REASSIGNING CASE. Case reassigned to Judge |

|            |    |                                                                                                                                                                                       |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Jeremy Fogel for all further proceedings. Magistrate Judge Howard R. Lloyd no longer remains as the referral judge. Signed by Executive Committee on December 13, 2004. (bw, COURT STAFF) (Filed on 12/13/2004) (Entered: 12/13/2004) |
| 12/21/2004 | 9  | CLERK'S NOTICE Case Management Conference set for 4/15/2005 10:30 AM. (gm, COURT STAFF) (Filed on 12/21/2004) (Entered: 12/28/2004) |
| 01/04/2005 |    | Filing fee: $ 150.00, receipt number 5511594. (gm, COURT STAFF) (Filed on 1/4/2005) (Entered: 01/05/2005) |
| 01/04/2005 |    | Summons Issued as to David Mendez. *on 1/4/2005* (gm, COURT STAFF) (Filed on 1/4/2005) (Entered: 01/05/2005) |
| 01/04/2005 |    | Summons Issued as to David Gullo. *on 1/4/2005* (gm, COURT STAFF) (Filed on 1/4/2005) (Entered: 01/05/2005) |
| 01/04/2005 |    | Summons Issued as to City of Campbell. *on 1/4/2005* (gm, COURT STAFF) (Filed on 1/4/2005) (Entered: 01/05/2005) |
| 01/04/2005 |    | Summons Issued as to Christine Benninger. *on 1/4/2005* (gm, COURT STAFF) (Filed on 1/4/2005) (Entered: 01/05/2005) |
| 01/04/2005 |    | Summons Issued as to Silicone Valley Humane Society. *on 1/4/2005* (gm, COURT STAFF) (Filed on 1/4/2005) (Entered: 01/05/2005) |
| 01/04/2005 |    | Summons Issued as to Tracy Acres. *on 1/4/2005* (gm, COURT STAFF) (Filed on 1/4/2005) (Entered: 01/05/2005) |
| 01/05/2005 |    | Summons Issued as to Grace Moro. *on 1/4/2005* (gm, COURT STAFF) (Filed on 1/5/2005) (Entered: 01/05/2005) |
| 01/05/2005 |    | Summons Issued as to Seligmann. *on 1/4/2005* (gm, COURT STAFF) (Filed on 1/5/2005) (Entered: 01/05/2005) |
| 01/11/2005 | 10 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Seligmann served on 1/10/2005, answer due 1/31/2005. (gm, COURT STAFF) (Filed on 1/11/2005) (Entered: 01/12/2005) |
| 01/11/2005 | 11 | SUMMONS Returned Executed by John Gabor, Kay Gabor. City of Campbell served on 1/10/2005, answer due 1/31/2005. (gm, COURT STAFF) (Filed on 1/11/2005) (Entered: 01/12/2005) |
| 01/11/2005 | 12 | SUMMONS Returned Executed by John Gabor, Kay Gabor. David Gullo served on 1/10/2005, answer due 1/31/2005. (gm, |

| | | COURT STAFF) (Filed on 1/11/2005) (Entered: 01/12/2005) |
|---|---|---|
| 01/11/2005 | 13 | SUMMONS Returned Executed by John Gabor, Kay Gabor. David Mendez served on 1/10/2005, answer due 1/31/2005. (gm, COURT STAFF) (Filed on 1/11/2005) (Entered: 01/12/2005) |
| 01/11/2005 | 14 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Grace Moro served on 1/10/2005, answer due 1/31/2005. (gm, COURT STAFF) (Filed on 1/11/2005) (Entered: 01/12/2005) |
| 01/11/2005 | 15 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Christine Benninger served on 1/10/2005, answer due 1/31/2005. (gm, COURT STAFF) (Filed on 1/11/2005) (Entered: 01/12/2005) |
| 01/11/2005 | 16 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Silicone Valley Humane Society served on 1/10/2005, answer due 1/31/2005. (gm, COURT STAFF) (Filed on 1/11/2005) (Entered: 01/12/2005) |
| 01/31/2005 | 17 | MOTION to Dismiss filed by Seligmann, City of Campbell, David Gullo, Grace Moro, David Mendez. Motion Hearing set for 3/25/2005 09:00 AM. (gm, COURT STAFF) (Filed on 1/31/2005) (Entered: 02/02/2005) |
| 02/03/2005 | 18 | MOTION for Entry of Default as to Silicon Valley Humane Society President Christine Benninger filed by John Gabor, Kay Gabor. (gm, COURT STAFF) (Filed on 2/3/2005) (Entered: 02/04/2005) |
| 02/03/2005 | 19 | MOTION for Entry of Default as to Silicon Valley Humane Society filed by John Gabor, Kay Gabor. (gm, COURT STAFF) (Filed on 2/3/2005) (Entered: 02/04/2005) |
| 02/09/2005 | 20 | Clerk's DECLINATION OF DEFAULT as to Silicon Valley Humane Society President: Christine Benninger (gm, COURT STAFF) (Filed on 2/9/2005) (Entered: 02/10/2005) |
| 02/09/2005 | 21 | Clerk's DECLINATION OF DEFAULT as to Silicon Valley Humane Society (gm, COURT STAFF) (Filed on 2/9/2005) (Entered: 02/10/2005) |
| 02/22/2005 | 22 | MOTION to Strike filed by John Gabor, Kay Gabor. Motion Hearing set for 3/25/2005 09:00 AM. (gm, COURT STAFF) (Filed on 2/22/2005) (Entered: 02/23/2005) |
| 03/09/2005 | 23 | Reply to Opposition re [22] MOTION to Strike filed |

| | | |
|---|---|---|
| | | bySeligmann, City of Campbell, David Gullo, Grace Moro, David Mendez. (gm, COURT STAFF) (Filed on 3/9/2005) (Entered: 03/14/2005) |
| 03/14/2005 | 24 | LETTER AND REQUEST for Scheduling Order by John Gabor, Kay Gabor. (gm, COURT STAFF) (Filed on 3/14/2005) (Entered: 03/16/2005) |
| 03/23/2005 | 25 | Waiver of Oral Argument re [17] MOTION to Dismiss filed byTracy Acres. (gm, COURT STAFF) (Filed on 3/23/2005) (Entered: 03/23/2005) |
| 03/28/2005 | 26 | CLERK'S NOTICE The Case Management Conference set for 4/15/05 is rescheduled for Friday, 4/22/2005 at 10:30 AM. (dlm, COURT STAFF) (Filed on 3/28/2005) (Entered: 03/28/2005) |
| 03/28/2005 | 27 | Minute Entry: Motion Hearing held on 3/25/2005 before Jeremy Fogel (Date Filed: 3/28/2005) re [17] MOTION to Dismiss filed by City of Campbell,, Seligmann,, David Gullo,, Grace Moro,, David Mendez,. Plaintiffs are present. There are no appearances on behalf of defendants. Motion to Dismiss is taken under submission. (Court Reporter Peter Torreano.) (gm, COURT STAFF) (Date Filed: 3/28/2005) (Entered: 03/29/2005) |
| 03/31/2005 | 28 | TRANSCRIPT of Proceedings held on 3/25/2005 before Judge Jeremy Fogel. Court Reporter: Peter Torreano.. (gm, COURT STAFF) (Filed on 3/31/2005) (Entered: 04/01/2005) |
| 04/26/2005 | 29 | Minute Entry: Initial Case Management Conference held on 4/22/2005 before Jeremy Fogel (Date Filed: 4/26/2005). Further Case Management Conference set for 7/22/2005 10:30 AM. (Court Reporter Peter Torreano.) (gm, COURT STAFF) (Date Filed: 4/26/2005) (Entered: 04/27/2005) |
| 04/27/2005 | 30 | ORDER by Judge Jeremy Fogel granting in part and denying in part [17] Motion to Dismiss in part with leave to amend and in part without leave to amend (lrb, COURT STAFF) (Filed on 4/27/2005) (Entered: 05/04/2005) |
| 05/09/2005 | 31 | TRANSCRIPT of Proceedings held on 4/22/05 before Judge Jeremy Fogel. Court Reporter: Peter Torreano.. (cv, COURT STAFF) (Filed on 5/9/2005) (Entered: 05/09/2005) |
| 05/26/2005 | 32 | FIRST AMENDED COMPLAINT against Thang Nguyen Barrett, Arthur Bocanego, Campbell Police Department, |

| | | |
|---|---|---|
| | | Collins & Schlothauer, Mark Scott Collins, Jeremy Fogel, Thomas V. Orvis, United States of America, Richard W. Wieking, Christine Benninger, William R. Seligmann, City of Campbell, David Gullo, Grace Moro, David Mendez, Silicone Valley Humane Society. Filed byJohn Gabor, Kay Gabor. (gm, COURT STAFF) (Filed on 5/26/2005) (Entered: 06/01/2005) |
| 05/26/2005 | | Summons Issued as to Thang Nguyen Barrett, Arthur Bocanego, Campbell Police Department, Collins & Schlothauer, Mark Scott Collins, Jeremy Fogel, Thomas V. Orvis, United States of America, Richard W. Wieking. *5/26/2005* (gm, COURT STAFF) (Filed on 5/26/2005) (Entered: 06/01/2005) |
| 05/27/2005 | 33 | EXHIBITS re [32] First Amended Complaint, filed byJohn Gabor, Kay Gabor. (Related document(s)[32]) (gm, COURT STAFF) (Filed on 5/27/2005) (Entered: 06/01/2005) |
| 06/14/2005 | 34 | MOTION to Dismiss; Memorandum in support of Motion filed by William R. Seligmann, City of Campbell, David Gullo, Grace Moro, David Mendez. Motion Hearing set for 8/5/2005 09:00 AM in Courtroom 3, 5th Floor, San Jose. (gm, COURT STAFF) (Filed on 6/14/2005) (Entered: 06/15/2005) |
| 06/21/2005 | 35 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Collins & Schlothauer served on 5/25/2005, answer due 6/14/2005. (gm, COURT STAFF) (Filed on 6/21/2005) (Entered: 06/23/2005) |
| 06/21/2005 | 36 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Arthur Bocanego served on 5/27/2005, answer due 6/16/2005. (gm, COURT STAFF) (Filed on 6/21/2005) (Entered: 06/23/2005) |
| 06/21/2005 | 37 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Thang Nguyen Barrett served on 5/27/2005, answer due 6/16/2005. (gm, COURT STAFF) (Filed on 6/21/2005) (Entered: 06/23/2005) |
| 06/21/2005 | 38 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Thomas V. Orvis served on 5/27/2005, answer due 6/16/2005. (gm, COURT STAFF) (Filed on 6/21/2005) (Entered: 06/23/2005) |
| 06/21/2005 | 39 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Campbell Police Department served on 5/27/2005, answer due |

| | | |
|---|---|---|
| | | 6/16/2005. (gm, COURT STAFF) (Filed on 6/21/2005) (Entered: 06/23/2005) |
| 06/21/2005 | 40 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Mark Scott Collins served on 5/27/2005, answer due 6/16/2005. (gm, COURT STAFF) (Filed on 6/21/2005) (Entered: 06/23/2005) |
| 06/21/2005 | 41 | SUMMONS Returned Executed by John Gabor, Kay Gabor. United States of America served on 5/27/2005, answer due 7/26/2005. *by serving United States Attorney Kevin Ryan* (gm, COURT STAFF) (Filed on 6/21/2005) (Entered: 06/23/2005) |
| 06/21/2005 | 42 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Richard W. Wieking served on 5/27/2005, answer due 7/26/2005. *by serving USDC, Clerks Office at 280 South First Street, Rm #2121 San Jose, CA 95113* (gm, COURT STAFF) (Filed on 6/21/2005) (Entered: 06/23/2005) |
| 06/21/2005 | 43 | SUMMONS Returned Executed by John Gabor, Kay Gabor. Jeremy Fogel served on 5/27/2005, answer due 7/26/2005. *at USDC for Northern District of California 280 South First Street, Rm 2112 San Jose, CA 95113* (gm, COURT STAFF) (Filed on 6/21/2005) (Entered: 06/23/2005) |
| 06/24/2005 | 44 | AMENDED NOTICE OF MOTION AND MOTION to Dismiss; Amended Memorandum of Points and Authorities in Support of Motion filed by William R. Seligmann, Campbell Police Department, Collins & Schlothauer, Mark Scott Collins, City of Campbell, David Gullo, Grace Moro, David Mendez. (gm, COURT STAFF) (Filed on 6/24/2005) (Entered: 06/28/2005) |
| 06/27/2005 | 45 | CERTIFICATION AND DECLARATION of Counsel Joann M. Swanson by Jeremy Fogel (gm, COURT STAFF) (Filed on 6/27/2005) (Entered: 06/28/2005) |
| 06/27/2005 | 46 | CERTIFICATION AND DECLARATION of Counsel Joann M. Swanson by Richard W. Wieking (gm, COURT STAFF) (Filed on 6/27/2005) (Entered: 06/28/2005) |
| 07/05/2005 | 47 | MOTION to Dismiss Amended Complaint filed by United States of America. Motion Hearing set for 8/4/2005 09:00 AM in Courtroom 3, 5th Floor, San Jose. (gm, COURT STAFF) (Filed on 7/5/2005) (Entered: 07/07/2005) |
| 07/15/2005 | 48 | CASE MANAGEMENT STATEMENT and Proposed Order |

| | | filed by William R. Seligmann, Campbell Police Department, Collins & Schlothauer, Mark Scott Collins, City of Campbell, David Gullo, Grace Moro, David Mendez. (gm, COURT STAFF) (Filed on 7/15/2005) (Entered: 07/18/2005) |
|---|---|---|
| 07/25/2005 | 49 | Minute Entry: Further Case Management Conference held on 7/22/2005 before Judge Jeremy Fogel (Date Filed: 7/25/2005). Court advises it will not recuse itself. Continues the Motion to Dismiss set on 8/5/05, the Motion to Dismiss set on 8/12/05, and the case management conference to 8/19/05 at 9:00 a.m. (Court Reporter Peter Torreano.) (dlm, COURT STAFF) (Date Filed: 7/25/2005) (Entered: 07/25/2005) |
| 08/04/2005 | 50 | CLERK'S NOTICE Continuing Motion Hearings and Case Managment Conference Hearings rescheduled for 8/26/2005 09:00 AM in Courtroom 3, 5th Floor, San Jose. (jfsec, COURT STAFF) (Filed on 8/4/2005) (Entered: 08/04/2005) |
| 08/19/2005 | 51 | CLERK'S NOTICE Case Management Conference set for 9/30/2005 09:00 AM. Case Management Statement due by 9/16/2005. (gm, COURT STAFF) (Filed on 8/19/2005) (Entered: 08/19/2005) |
| 09/16/2005 | 52 | CASE MANAGEMENT STATEMENT filed by William R. Seligmann, Campbell Police Department, Collins & Schlothauer, Mark Scott Collins, City of Campbell, David Gullo, Grace Moro, David Mendez. (gm, COURT STAFF) (Filed on 9/16/2005) (Entered: 09/19/2005) |
| 09/21/2005 | 53 | CLERK'S NOTICE Case Management Conference set for 10/3/2005 09:00 AM. Motion to Dismiss Hearing set for 10/3/2005 09:00 AM in Courtroom 3, 5th Floor, San Jose. (gm, COURT STAFF) (Filed on 9/21/2005) (Entered: 09/22/2005) |
| 09/27/2005 | 54 | ORDER denying [4] MOTION to Appoint Counsel filed by John Gabor,, Kay Gabor,, [3] denying MOTION for Leave to Proceed in forma pauperis filed by John Gabor,, Kay Gabor,. Signed by Judge Jeremy Fogel on 9/27/2005. (gm, COURT STAFF) (Filed on 9/27/2005) (Entered: 10/04/2005) |
| 09/28/2005 | 55 | SEPARATE CASE MANAGEMENT STATEMENT filed by United States of America. (gm, COURT STAFF) (Filed on 9/28/2005) (Entered: 10/04/2005) |
| 10/04/2005 | 56 | Minute Entry: Motion Hearing held on 10/3/2005 before |

| | | |
|---|---|---|
| | | Jeremy Fogel (Date Filed: 10/4/2005) re [34] MOTION to Dismiss filed by City of Campbell,, David Gullo,, Grace Moro,, David Mendez,, William R. Seligmann,, [44] MOTION to Dismiss filed by Mark Scott Collins,, Campbell Police Department,, Collins & Schlothauer,, City of Campbell,, David Gullo,, Grace Moro,, David Mendez,, William R. Seligmann,, [47] MOTION to Dismiss filed by United States of America,. (Court Reporter Lee-Anne Shortridge.) (gm, COURT STAFF) (Date Filed: 10/4/2005) (Entered: 10/05/2005) |
| 10/07/2005 | 57 | ORDER by Judge Jeremy Fogel granting without leave to amend [34, [44], [47] Motions to Dismiss and Dismissing Action with Prejudice. (dhm, COURT STAFF) (Filed on 10/7/2005) (Entered: 10/14/2005) |
| 10/13/2005 | 58 | TRANSCRIPT of Proceedings held on 7/22/2005 before Judge Jeremy Fogel. Court Reporter: Peter Torreano.. (dhm, COURT STAFF) (Filed on 10/13/2005) (Entered: 10/20/2005) |
| 10/20/2005 | 59 | TRANSCRIPT of Proceedings held on 10/3/05 pages 1-8 before Judge Jeremy Fogel. Court Reporter: Lee-Anne Shortridge.. (cv, COURT STAFF) (Filed on 10/20/2005) (Entered: 10/24/2005) |
| 11/02/2005 | 60 | TRANSCRIPT ORDER by John Gabor, Kay Gabor, John Gabor, Kay Gabor for proceedings held on 10/3/2005 before Judge Jeremy Fogel.. (gm, COURT STAFF) (Filed on 11/2/2005) (Entered: 11/07/2005) |
| 11/29/2005 | 61 | NOTICE OF APPEAL as to [57] Order on Motion to Dismiss,, by John Gabor, Kay Gabor. Filing fee $ 255.00, receipt number 5513511. (gm, COURT STAFF) (Filed on 11/29/2005) (Entered: 12/02/2005) |
| 12/02/2005 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re [61] Notice of Appeal (gm, COURT STAFF) (Filed on 12/2/2005) (Entered: 12/02/2005) |
| 12/02/2005 | | Copy of Notice of Appeal and Docket sheet mailed to all counsel (gm, COURT STAFF) (Filed on 12/2/2005) (Entered: 12/02/2005) |
| 12/02/2005 | 62 | TRANSCRIPT REQUEST by John Gabor, Kay Gabor for proceedings held on 3/25/05, 4/22/05, 7/22/05 and 10/3/05 re [61] Notice of Appeal Transcript due by 12/16/2005. (gm, COURT STAFF) (Filed on 12/2/2005) (Entered: 12/05/2005) |

| | | |
|---|---|---|
| 12/05/2005 | | Certificate of Record Mailed to USCA re appeal [62] Appeal Transcript Request, [61] Notice of Appeal: (gm, COURT STAFF) (Filed on 12/5/2005) (Entered: 12/05/2005) |
| 12/13/2005 | | USCA Case Number 5-17295 for [61] Notice of Appeal filed by John Gabor,, Kay Gabor,. (gm, COURT STAFF) (Filed on 12/13/2005) (Entered: 12/14/2005) |
| 05/02/2006 | | Received Substitution of Attorney and Proposed Order by William R. Seligmann. (gm, COURT STAFF) (Filed on 5/2/2006) (Entered: 05/05/2006) |
| 05/02/2006 | | Received Substituion of Attorney and Proposed Order by City of Campbell. (gm, COURT STAFF) (Filed on 5/2/2006) (Entered: 05/05/2006) |
| 05/02/2006 | | Received Substitution of Attorney and Proposed Order by David Gullo. (gm, COURT STAFF) (Filed on 5/2/2006) (Entered: 05/05/2006) |
| 05/02/2006 | | Received Substitution of Attorney and Proposed Order by Grace Moro. (gm, COURT STAFF) (Filed on 5/2/2006) (Entered: 05/05/2006) |
| 05/02/2006 | | Received Substitution of Attorney and Proposed Order by David Mendez. (gm, COURT STAFF) (Filed on 5/2/2006) (Entered: 05/05/2006) |
| 05/02/2006 | | Received Substitution of Attorney and Proposed Order by Mark Scott Collins. (gm, COURT STAFF) (Filed on 5/2/2006) (Entered: 05/05/2006) |
| 05/02/2006 | | Received Substitution of Attorney and Proposed Order by Collins & Schlothauer. (gm, COURT STAFF) (Filed on 5/2/2006) (Entered: 05/05/2006) |
| 05/02/2006 | 63 | CERTIFICATE OF SERVICE by William R. Seligmann, Collins & Schlothauer, Mark Scott Collins, City of Campbell, David Gullo, Grace Moro, David Mendez *of Substitution of Attorney and Proposed Order* (gm, COURT STAFF) (Filed on 5/2/2006) (Entered: 05/05/2006) |
| 05/11/2006 | 64 | SUBSTITUTION OF ATTORNEY AND ORDER, Attorney Timothy James Schmal, Esq for Mark Scott Collins added.. Signed by Judge Jeremy Fogel on 5/5/2006. (gm, COURT STAFF) (Filed on 5/11/2006) (Entered: 05/16/2006) |
| 05/11/2006 | 65 | SUBSTITUTION OF ATTORNEY AND ORDER, Attorney |

| | | |
|---|---|---|
| | | Timothy James Schmal, Esq for David Mendez added. Attorney Mark Scott Collins terminated.. Signed by Judge Jeremy Fogel on 5/5/2006. (gm, COURT STAFF) (Filed on 5/11/2006) (Entered: 05/16/2006) |
| 05/11/2006 | 66 | SUBSTITUTION OF ATTORNEY AND ORDER, Attorney Timothy James Schmal Esq for Collins & Schlothauer added. Signed by Judge Jeremy Fogel on 5/5/2006. (gm, COURT STAFF) (Filed on 5/11/2006) (Entered: 05/16/2006) |
| 05/11/2006 | 67 | SUBSTITUTION OF ATTORNEY AND ORDER, Attorney Timothy James Schmal, Esq for Grace Moro added. Attorney Mark Scott Collins terminated.. Signed by Judge Jeremy Fogel on 5/5/2006. (gm, COURT STAFF) (Filed on 5/11/2006) . (Entered: 05/16/2006) |
| 05/11/2006 | 68 | SUBSTITUTION OF ATTORNEY AND ORDER, Attorney Timothy James Schmal, Esq for David Gullo added. Attorney Mark Scott Collins terminated.. Signed by Judge Jeremy Fogel on 5/5/2006. (gm, COURT STAFF) (Filed on 5/11/2006) . (Entered: 05/16/2006) |
| 05/11/2006 | 69 | SUBSTITUTION OF ATTORNEY AND ORDER, Attorney Timothy James Schmal, Esq for City of Campbell added. Attorney Mark Scott Collins terminated.. Signed by Judge Jeremy Fogel on 5/5/2006. (gm, COURT STAFF) (Filed on 5/11/2006) (Entered: 05/16/2006) |
| 05/11/2006 | 70 | SUBSTITUTION OF ATTORNEY AND ORDER, Attorney Timothy James Schmal, Esq for William R. Seligmann added.. Signed by Judge Jeremy Fogel on 5/5/2006. (gm, COURT STAFF) (Filed on 5/11/2006). (Entered: 05/16/2006) |
| 05/17/2006 | 71 | NOTICE of Substitution of Counsel United States of America (gm, COURT STAFF) (Filed on 5/17/2006) (Entered: 05/18/2006) |
| 06/02/2006 | | Certified and Transmitted Record on Appeal to US Court of Appeals re [61] Notice of Appeal (gm, COURT STAFF) (Filed on 6/2/2006) (Entered: 06/02/2006) |
| 06/07/2006 | 72 | Receipt for Appeal Record re appeal [61] Notice of Appeal: (gm, COURT STAFF) (Filed on 6/7/2006) (Entered: 06/08/2006) |
| 04/23/2007 | 73 | USCA JUDGMENT:Judgment of the District Court in this cause is AFFIRMED as to [61] Notice of Appeal filed by John |

| | | Gabor,, Kay Gabor, (gm, COURT STAFF) (Filed on 4/23/2007) (Entered: 04/24/2007) |
|---|---|---|
| 04/24/2007 | 74 | CLERKS Letter Spreading Mandate to Counsel (gm, COURT STAFF) (Filed on 4/24/2007) (Entered: 04/24/2007) |
| 05/07/2007 | 75 | AMENDED ORDER AND MANDATE of USCA as to [61] Notice of Appeal filed by John Gabor,, Kay Gabor, (gm, COURT STAFF) (Filed on 5/7/2007) . (Entered: 05/08/2007) |
| 05/11/2007 | 76 | AMENDED MANDATE of USCA as to [61] Notice of Appeal filed by John Gabor,, Kay Gabor, (gm, COURT STAFF) (Filed on 5/11/2007) (Entered: 05/11/2007) |
| 07/25/2007 | 77 | NOTICE by William R. Seligmann, Campbell Police Department, Collins & Schlothauer, Mark Scott Collins, Seligmann, City of Campbell, David Gullo, Grace Moro, David Mendez *JUDGMENT IN A CIVIL CASE* (Schmal, Timothy) (Filed on 7/25/2007) (Entered: 07/25/2007) |
| 07/25/2007 | 78 | NOTICE by William R. Seligmann, Campbell Police Department, Collins & Schlothauer, Mark Scott Collins, Seligmann, City of Campbell, David Gullo, Grace Moro, David Mendez *JUDGMENT IN A CIVIL CASE* (Schmal, Timothy) (Filed on 7/25/2007) (Entered: 07/25/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/14/2007 11:56:34 | | | |
| **PACER Login:** | sc0575 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:04-cv-05230-JF |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |