IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR and KAY GABOR,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al.,<br><br>    Defendant. | ***E-FILED - 10/18/07***<br>CASE NO.: C-07-04266-RMW<br>**CLERK'S NOTICE OF CONTINUANCE**<br>**NEW DATE: DECEMBER 7, 2007**<br>**TIME: 9:00 AM** |

    PLEASE TAKE NOTICE that, on the court's own motion, **DEFENDANTS CITY OF CAMPBELL, DANIEL RICH, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT, SUSAN MORGADO-GRAY, and COUNTY OF SANTA CLARA'S MOTION FOR DISMISSAL; MOTION FOR MORE DEFINITE STATEMENT; MOTION TO STRIKE; MOTION TO REQUIRE PLAINTIFFS TO OBTAIN LEAVE OF COURT TO FILE SUBSEQUENT REDUNDANT CLAIMS AGAINST DEFENDANTS,** previously set for October 26, 2007, has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

    If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

    The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: October 18, 2007

                                            BY: */s/ Jackie Garcia*
                                                 JACKIE GARCIA
                                                 Courtroom Deputy for
                                                 Honorable Ronald M. Whyte

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28