**OFFICE OF THE COUNTY COUNSEL**
**COUNTY OF SANTA CLARA**

70 West Hedding Street
9th Floor, East Wing
San Jose, California 95110-1770
(408) 299-5900
(408) 292-7240 (FAX)



Ann Miller Ravel
COUNTY COUNSEL

Winifred Botha
Robert C. Campbell
Laurie F. Faulkner
ASSISTANT COUNTY COUNSEL

October 23, 2007

**VIA e-FILE**

Judge Ronald M. Whyte
United States District Court, Northern District
San Jose Branch, Courtroom 6
280 South 1st Street
San Jose, California 95113

    Re:   *John Gabor and Kay Gabor v. County of Santa Clara Board of Supervisors, et al.*
           Case No. C0704266 RMW

Dear Judge Whyte:

    I represent the County of Santa Clara (erroneously sued as the County of Santa Clara Board of Supervisors). On October 18, 2007, on its own motion, the Court reset the pending motions filed by the County of Santa Clara and the City of Campbell from October 26, 2007, to December 7, 2007. As indicated on my previously filed notice of unavailability, I am out of the country on that date. See docket entry 55 filed 10/3/07. Accordingly, I respectfully request that the Court continue the hearing from December 7, 2007, to a later date.

                                Very truly yours,

                                ANN MILLER RAVEL
                                County Counsel

                                MARCY L. BERKMAN
                                Deputy County Counsel

MLB:cmf
c:  Counsel of Record
     John & Kay Gabor (via U.S. Mail)