1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA
6  (ERRONEOUSLY SUED AS COUNTY OF
   SANTA CLARA BOARD OF
7  SUPERVISORS)

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN GABOR and KAY GABOR        )    C07 04266 RMW (HRL)
                                    )
12        Plaintiffs,               )    **NOTICE OF ENTRY OF ORDER**
                                    )
13  v.                              )
                                    )
14  COUNTY OF SANTA CLARA           )
    BOARD OF SUPERVISORS, et al.    )
15                                  )
          Defendants.               )
16  _____)

17        TO PLAINTIFFS *IN PRO PER* AND ALL DEFENSE COUNSEL:

18        PLEASE TAKE NOTICE  that on October 18, 2007, on the Court's own motion, the

19  Court continued the October 26, 2007 hearing to 9:00 a.m. on December 7, 2007.  A true and

20  correct copy of the Court's order is attached hereto.

21  Dated: October 23, 2007                  Respectfully submitted,

22                                           ANN MILLER RAVEL
                                             County Counsel
23
                                                    /S/
24                                  By:   _____
25                                           MARCY L. BERKMAN
                                             Deputy County Counsel
26                                           Attorneys for Defendant
                                             COUNTY OF SANTA CLARA
27                                           (ERRONEOUSLY SUED AS COUNTY
                                             OF SANTA CLARA BOARD OF
28                                           SUPERVISORS)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN GABOR and KAY GABOR,

      Plaintiff,

      v.

COUNTY OF SANTA CLARA BOARD OF
SUPERVISORS, et al.,

      Defendant.

*E-FILED - 10/18/07*

CASE NO.: C-07-04266-RMW

**CLERK'S NOTICE OF CONTINUANCE**

**NEW DATE: DECEMBER 7, 2007**

**TIME: 9:00 AM**

     PLEASE TAKE NOTICE that, on the court's own motion, **DEFENDANTS CITY OF CAMPBELL, DANIEL RICH, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT, SUSAN MORGADO-GRAY, and COUNTY OF SANTA CLARA'S MOTION FOR DISMISSAL; MOTION FOR MORE DEFINITE STATEMENT; MOTION TO STRIKE; MOTION TO REQUIRE PLAINTIFFS TO OBTAIN LEAVE OF COURT TO FILE SUBSEQUENT REDUNDANT CLAIMS AGAINST DEFENDANTS,** previously set for October 26, 2007, has been continued to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

     If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

     The moving party shall give written notice to counsel for all parties of the new date of the hearing after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: October 18, 2007

                    BY: _/s/ Jackie Garcia_
                         JACKIE GARCIA
                       Courtroom Deputy for
                   Honorable Ronald M. Whyte

1
2
3   Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**E-FILING**

**PROOF OF SERVICE BY MAIL**

*John Gabor and Kay Gabor v. County of Santa Clara Board of Supervisors, et al.*

Case No.: C 07-04266 RMW (HRL)

I, Cassaundra M. Foster, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **NOTICE OF ENTRY OF ORDER** by placing said copy in an envelope addressed to:

John and Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717

which envelope was then sealed, with postage fully prepaid thereon, on **October 23. 2007**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **October 23, 2007**, at San Jose, California.

Cassaundra M. Foster