IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR, et al.,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al.,<br><br>        Defendant. | ***E-FILED - 12/3/07***<br><br>CASE NO.: C-07-04266-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for December 7, 2007, has been continued to **January 18, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by January 11, 2008.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: December 3, 2007

                                                                                      JACKIE GARCIA<br>
                                                                                      Courtroom Deputy for<br>
                                                                                      Honorable Ronald M. Whyte

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28