# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Gabor,<br><br>                    Plaintiff(s),<br><br>   v.<br><br>County of Santa Clara Board of Supervisors,<br><br>                    Defendant(s). | 07-04266 RMW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

1   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,
2   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
3   to an e-mail directed to adr@cand.uscourts.gov.

5       It is the responsibility of counsel to schedule an ADR Phone Conference, if
6   required, to occur <u>before</u> the Case Management Conference.

9   Dated: January 8, 2008

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*

———————————————
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

United States District Court
Northern District of California

**Notice Re: Noncompliance With Court Order**
07-04266 RMW                                   -2-

PROOF OF SERVICE

Case Name:		Gabor v. County of Santa Clara Board of Supervisors

Case Number:	07-04266 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On January 8, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> John Gabor
> 590 Smokey Court
> Campbell, CA 95008-3717
>
> Kay Gabor
> 590 Smokey Court
> Campbell, CA 95000-3717
>
> Marcy Berkman
> Attorney at Law
> 70 West Hedding Street, 9th Floor, East Wing
> San Jose, CA 95110
> marcy.berkman@cco.sccgov.org
>
> Ken Yeager
> ,
>
> Ann Ravel
> ,
>
> Delores Carr

,

Laurie Smith

,

Timothy James Schmal Esq.
Burton,Volkmann & Schmal,LLP
133 Mission Street
Suite 102
Santa Cruz, CA 95060
TSchmal@bvsllp.com

Burleigh E Sabin
Burton Volkmann and Schmal
133 Mission Street
Suite 102
Santa Cruz, CA 95060

James A. Scharf
Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
james.scharf@usdoj.gov


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 8, 2008 in San Francisco, California.

           RICHARD W. WIEKING
           Clerk
           by:    Timothy J. Smagacz

           */s/ Timothy Smagacz*
           _____
           ADR Administrative Assistant
           415-522-4205
           Tim_Smagacz@cand.uscourts.gov