1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
   150 Almaden Boulevard, Suite 900
5  San Jose, CA 95113
   Telephone: (408) 535-5044
6  FAX: (408) 535-5081
   james.scharf@usdoj.gov
7
   Attorneys for Defendant Scott N. Schools
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12 JOHN GABOR AND KAY GABOR,      )    No. C 07 04266 RMW
                                  )
13        Plaintiffs,             )    DEFENDANT SCOTT N.
                                  )    SCHOOLS' ADR CERTIFICATION
14     v.                         )    AND ADR STATEMENT
                                  )
15 COUNTY OF SANTA CLARA          )
   BOARD OF SUPERVISORS, et al.,  )
16                                )
          Defendants.             )
17

18

19

20

21
        Pursuant to Civil L.R. 16-12, the undersigned certifies that he has read the brochure
22
   entitled "Dispute Resolution Procedures in the Northern District of California," or the specified
23
   portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available
24
   dispute resolution options provided by the court and private entities and considered whether this
25
   case might benefit from any of them.
26
        Defendant Scott N. Schools is unwilling to engage in any settlement discussions while
27

28 DEFENDANT SCOTT N. SCHOOLS' ADR CERTIFICATION AND ADR
   STATEMENT
   No. C 07 04266 RMW

1  defendants' motions to dismiss are still pending.  Defendant Scott N. Schools, the former interim
2  United States Attorney, is not a proper defendant in this case.  Moreover, plaintiffs have now sued
3  the other defense attorneys who have appeared in this case, who have done nothing other than
4  represent their respective clients as they are ethically obligated to do.  For the reasons discussed in
5  the pending motions to dismiss, plaintiffs' claims are frivolous and plaintiffs should be declared
6  vexatious litigants.  Accordingly, defendant Schools requests that the ADR conference take place
7  after the pending motions to dismiss are adjudicated.

DATED: January 8, 2008                    Respectfully submitted,
                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney



                                                   /s/
                                          _____

                                          JAMES A. SCHARF
                                          Assistant United States Attorney

DEFENDANT SCOTT N. SCHOOLS' ADR CERTIFICATION AND ADR STATEMENT
No. C 07 04266 RMW

2