ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
(ERRONEOUSLY SUED AS COUNTY OF
SANTA CLARA BOARD OF
SUPERVISORS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR and KAY GABOR<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA<br>BOARD OF SUPERVISORS, et al.<br><br>Defendants. | C07 04266 RMW (HRL)<br><br>**ADR CERTIFICATION AND ADR STATEMENT OF DEFENDANT COUNTY OF SANTA CLARA** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

///

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

ADR Certification and ADR Statement
of Defendant County of Santa Clara          -1-          C07 04266 RMW (HRL)

1  Despite efforts to do so, defense counsel were unable to meet and confer with Plaintiffs.
2  Defense counsel have met and conferred amongst themselves and request that any ADR
3  telephone conference be delayed until after Defendants' motions to dismiss are adjudicated.

4  Dated: January 9, 2008  Respectfully submitted,

5  ANN MILLER RAVEL
   County Counsel
6
7  By: *(signature)*
   MARCY L. BERKMAN
8  Deputy County Counsel

9  Attorneys for Defendants
   COUNTY OF SANTA CLARA
10 (ERRONEOUSLY SUED AS COUNTY
   OF SANTA CLARA BOARD OF
11 SUPERVISORS)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

ADR Certification and ADR Statement
of Defendant County of Santa Clara     -2-     C07 04266 RMW (HRL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

*John Gabor and Kay Gabor v. County of Santa Clara Board of Supervisors, et al.*

Case No.: C 07-04266 RMW (HRL)

I, Cassaundra M. Foster, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **ADR CERTIFICATION AND ADR STATEMENT OF DEFENDANT COUNTY OF SANTA CLARA** by placing said copy in an envelope addressed to:

John and Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717

which envelope was then sealed, with postage fully prepaid thereon, on **January 9, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **January 9, 2008**, at San Jose, California.

_Cassaundra M. Foster_