Case Name: JOHN GABOR and KAY GABOR v. COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al.
Case No.: C07 04266 RMW (HRL)
File No.: 65824-3-104 (Updated 9/10/07)

**PROOF OF SERVICE - CCP §1013a, 2015.5**

I certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 133 Mission Street, Suite 102, Santa Cruz, CA 95060, which is located in the County where the mailing described below took place.

On the date set forth below, I served a copy of the within

**ADR CERTIFICATION BY PARTIES AND COUNSEL (SUSAN MORGADO-GRAY)**

on the parties in this action, by the following means:

__X__ **(BY MAIL)** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

_____ **(BY FEDERAL EXPRESS)** I deposited such envelopes to be placed for collection and handling via Federal Express following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for Federal Express. On the same day that material is placed for collection, it is picked up by Federal Express at Santa Cruz, Santa Cruz County, California.

_____ **(BY FAX TRANSMISSION)** By transmitting a true copy thereof from sending facsimile machine telephone number (831) 427-3159 to the following parties at the receiving facsimile machine numbers shown below. The transmission was completed at ____ M on _____________, reported as complete and without error, and the transmission report attached was properly issued by the transmitting facsimile machine.

_____ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

__X__ **(FEDERAL COURT)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **VIA E-FILING**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 10, 2008, at Santa Cruz, California.

Susan Brennan

Susan Brennan

NAMES AND ADDRESSES OR FAX NUMBERS OF EACH PARTY SERVED:

John Gabor
590 Smokey Court
Campbell, CA 95008-3717
*In Propria Persona*
(408)378-4326
**[VIA U.S. MAIL]**

Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717
*In Propria Persona*
(408)378-4326
**[VIA U.S. MAIL]**

Ann Miller Ravel
Marcy L. Berkman
Office of the County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
**[VIA E-FILING]**

For: County of Santa Clara
(408)299-5900
FAX (408)292-7240

Scott N. Schools
United States Attorney
Joann M. Swanson
Chief, Civil Division
James A. Scharf
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
**[VIA E-FILING]**

For: Defendant, Scott N. Schools
(408)535-5044
FAX (408)535-5081

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOHN GABOR, KAY GABOR

Plaintiff(s),

v.

COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al.

Defendant(s).

Case No. C07-04266 RMW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 10, 2008

[Party]
DANIEL RICH, indiv. & on behalf of Campbell Community Dev. Dept.

Dated: January 10 2008

[Counsel]
TIMOTHY J. SCHMAL/B.E.SABIN

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Case Name: JOHN GABOR and KAY GABOR v. COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al.
Case No.: C07 04266 RMW (HRL)
File No.: 65824-3-104 (Updated 9/10/07)

**PROOF OF SERVICE - CCP §1013a, 2015.5**

I certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 133 Mission Street, Suite 102, Santa Cruz, CA 95060, which is located in the County where the mailing described below took place.

On the date set forth below, I served a copy of the within

**ADR CERTIFICATION BY PARTIES AND COUNSEL (DANIEL RICH, individually and on behalf of CAMPBELL COMMUNITY DEVEOPMENT DEPARTMENT)**

on the parties in this action, by the following means:

__X__ **(BY MAIL)** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

_____ **(BY FEDERAL EXPRESS)** I deposited such envelopes to be placed for collection and handling via Federal Express following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for Federal Express. On the same day that material is placed for collection, it is picked up by Federal Express at Santa Cruz, Santa Cruz County, California.

_____ **(BY FAX TRANSMISSION)** By transmitting a true copy thereof from sending facsimile machine telephone number (831) 427-3159 to the following parties at the receiving facsimile machine numbers shown below. The transmission was completed at ____ M on _____________, reported as complete and without error, and the transmission report attached was properly issued by the transmitting facsimile machine.

_____ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

__X__ **(FEDERAL COURT)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **VIA E-FILING**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 10, 2008, at Santa Cruz, California.

Susan Brennan
Susan Brennan

NAMES AND ADDRESSES OR FAX NUMBERS OF EACH PARTY SERVED:

John Gabor
590 Smokey Court
Campbell, CA 95008-3717
*In Propria Persona*
(408)378-4326
**[VIA U.S. MAIL]**

Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717
*In Propria Persona*
(408)378-4326
**[VIA U.S. MAIL]**

Ann Miller Ravel
Marcy L. Berkman
Office of the County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
**[VIA E-FILING]**

For: County of Santa Clara
(408)299-5900
FAX (408)292-7240

Scott N. Schools
United States Attorney
Joann M. Swanson
Chief, Civil Division
James A. Scharf
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
**[VIA E-FILING]**

For: Defendant, Scott N. Schools
(408)535-5044
FAX (408)535-5081

#65824-3-104
TIMOTHY J. SCHMAL, ESQ. #104874
BURLEIGH E. SABIN, ESQ. #250185
BURTON, VOLKMANN & SCHMAL, LLP
133 Mission Street, Suite 102
Santa Cruz, CA 95060
Phone: (831) 425-5023
Facsimile: (831) 427-3159

Attorneys for Defendants, CITY OF CAMPBELL, DANIEL RICH, Campbell City Manager, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT (a legally indistinguishable sub-entity of the CITY OF CAMPBELL), SUSAN MORGADO-GRAY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN GABOR and KAY GABOR,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA BOARD OF SUPERVISORS in their official capacity; KEN YEAGER in his municipal and individual capacity; ANN RAVEL, county counsel, in her municipal and individual capacity; DELORES CARR, district attorney, in her official and individual capacity; LAURIE SMITH, sheriff, in her municipal and individual capacity; CITY OF CAMPBELL, in its municipal capacity; CITY OF CAMPBELL CITY MANAGER DANIEL RICH, in his municipal and individual capacity; CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT in its municipal capacity; SUSAN MORGADO-GRAY in her municipal and individual capacity; EDMUND G. BROWN, JR., | Case No. C07 04266 RMW (HRL)<br><br>**DEFENDANT SUSAN MORGANDO-GRAY'S ADR CERTIFICATION STATEMENT** |

attorney general, in his official capacity; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA SCOTT N. SCHOOLS in his official capacity and DOES 1-100,

Defendants.

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), the undersigned certifies she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California", or the specified portions of the ADR Unit's Internet Site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities and considered whether this case might benefit from any of them.

Defendant Susan Morgando-Gray refuses to engage in any settlement discussions while defendants' motions to dismiss are still pending. Moreover, plaintiffs have now sued the each defense attorney who have appeared in this case, who have done nothing other than represent their respective clients as they are ethically obligated to do so. For the reasons discussed in the pending motion to dismiss, plaintiffs' claims are frivolous and plaintiffs should be declared vexatious litigants. Accordingly, the undersigned respectfully requests that the ADR conference take place after the pending motions to dismiss are adjudicated.

DATED: January 10, 2008

By: ______________________
SUSAN MORGANDO-GRAY
Defendant.

DATED: January 10, 2008

By: ______________________
TIMOTHY J. SCHMAL
BURLEIGH E. SABIN
Attorneys for Defendants.

Case Name: JOHN GABOR and KAY GABOR v. COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al.
Case No.: C07 04266 RMW (HRL)
File No.: 65824-3-104 (Updated 9/10/07)

**PROOF OF SERVICE - CCP §1013a, 2015.5**

I certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 133 Mission Street, Suite 102, Santa Cruz, CA 95060, which is located in the County where the mailing described below took place.

On the date set forth below, I served a copy of the within

**DEFENDANT SUSAN MORGANDO-GRAY'S ADR CERTIFICATION STATEMENT**

on the parties in this action, by the following means:

__X__ **(BY MAIL)** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

_____ **(BY FEDERAL EXPRESS)** I deposited such envelopes to be placed for collection and handling via Federal Express following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for Federal Express. On the same day that material is placed for collection, it is picked up by Federal Express at Santa Cruz, Santa Cruz County, California.

_____ **(BY FAX TRANSMISSION)** By transmitting a true copy thereof from sending facsimile machine telephone number (831) 427-3159 to the following parties at the receiving facsimile machine numbers shown below. The transmission was completed at ____ M on _____________, reported as complete and without error, and the transmission report attached was properly issued by the transmitting facsimile machine.

_____ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

__X__ **(FEDERAL COURT)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **VIA E-FILING**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 10, 2008, at Santa Cruz, California.

Susan Brennan
Susan Brennan

NAMES AND ADDRESSES OR FAX NUMBERS OF EACH PARTY SERVED:

John Gabor
590 Smokey Court
Campbell, CA 95008-3717
*In Propria Persona*
(408)378-4326
**[VIA U.S. MAIL]**

Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717
*In Propria Persona*
(408)378-4326
**[VIA U.S. MAIL]**

Ann Miller Ravel
Marcy L. Berkman
Office of the County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
**[VIA E-FILING]**

For: County of Santa Clara
(408)299-5900
FAX (408)292-7240

Scott N. Schools
United States Attorney
Joann M. Swanson
Chief, Civil Division
James A. Scharf
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
**[VIA E-FILING]**

For: Defendant, Scott N. Schools
(408)535-5044
FAX (408)535-5081

#65824-3-104
TIMOTHY J. SCHMAL, ESQ. #104874
BURLEIGH E. SABIN, ESQ. #250185
BURTON, VOLKMANN & SCHMAL, LLP
133 Mission Street, Suite 102
Santa Cruz, CA 95060
Phone: (831) 425-5023
Facsimile: (831) 427-3159

Attorneys for Defendants, CITY OF CAMPBELL, DANIEL RICH, Campbell City Manager, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT (a legally indistinguishable sub-entity of the CITY OF CAMPBELL), SUSAN MORGADO-GRAY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

JOHN GABOR and KAY GABOR,

Plaintiffs,

vs.

COUNTY OF SANTA CLARA BOARD OF SUPERVISORS in their official capacity; KEN YEAGER in his municipal and individual capacity; ANN RAVEL, county counsel, in her municipal and individual capacity; DELORES CARR, district attorney, in her official and individual capacity; LAURIE SMITH, sheriff, in her municipal and individual capacity; CITY OF CAMPBELL, in its municipal capacity; CITY OF CAMPBELL CITY MANAGER DANIEL RICH, in his municipal and individual capacity; CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT in its

Case No. C07 04266 RMW (HRL)

**DEFENDANTS CITY OF CAMPBELL, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT, AND DANIEL RICHS' ADR CERTIFICATION STATEMENT**

municipal capacity; SUSAN MORGADO-GRAY in her municipal and individual capacity; EDMUND G. BROWN, JR., attorney general, in his official capacity; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA SCOTT N. SCHOOLS in his official capacity and DOES 1-100,

Defendants.

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), the undersigned certifies he has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California", or the specified portions of the ADR Unit's Internet Site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities and considered whether this case might benefit from any of them.

Defendants City of Campbell, City of Campbell Community Development Center, and Daniel Rich refuse to engage in any settlement discussions while defendants' motions to dismiss are still pending. Moreover, plaintiffs have now sued the each defense attorney who have appeared in this case, who have done nothing other than represent their respective clients as they are ethically obligated to do so. For the reasons discussed in the pending motion to dismiss, plaintiffs' claims are frivolous and plaintiffs should be declared vexatious litigants. Accordingly, the undersigned respectfully requests that the ADR conference take place after the pending motions to dismiss are adjudicated.

DATED: January 10, 2008

By: [signature]
Defendant DANIEL RICH
on behalf of the CITY OF CAMPBELL and the CITY OF CAMPBELL COMMUNITY DEVELOPMENT CENTER.

DATED: January 10, 2008

By: [signature]
Defendant DANIEL RICH
in his individual capacity.

DATED: January 10, 2008

By: [signature]
TIMOTHY J. SCHMAL
BURLEIGH E. SABIN
Attorneys for Defendants.

Case Name: JOHN GABOR and KAY GABOR v. COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al.
Case No.: C07 04266 RMW (HRL)
File No.: 65824-3-104 (Updated 9/10/07)

**PROOF OF SERVICE - CCP §1013a, 2015.5**

I certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 133 Mission Street, Suite 102, Santa Cruz, CA 95060, which is located in the County where the mailing described below took place.

On the date set forth below, I served a copy of the within

**DEFENDANTS CITY OF CAMPBELL, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT, AND DANIEL RICH'S ADR CERTIFICATION STATEMENT**

on the parties in this action, by the following means:

__X__ **(BY MAIL)** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

_____ **(BY FEDERAL EXPRESS)** I deposited such envelopes to be placed for collection and handling via Federal Express following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for Federal Express. On the same day that material is placed for collection, it is picked up by Federal Express at Santa Cruz, Santa Cruz County, California.

_____ **(BY FAX TRANSMISSION)** By transmitting a true copy thereof from sending facsimile machine telephone number (831) 427-3159 to the following parties at the receiving facsimile machine numbers shown below. The transmission was completed at ____ M on _____________, reported as complete and without error, and the transmission report attached was properly issued by the transmitting facsimile machine.

_____ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

__X__ **(FEDERAL COURT)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **VIA E-FILING**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 10, 2008, at Santa Cruz, California.

Susan Brennan
Susan Brennan

NAMES AND ADDRESSES OR FAX NUMBERS OF EACH PARTY SERVED:

John Gabor
590 Smokey Court
Campbell, CA 95008-3717
*In Propria Persona*
(408)378-4326
**[VIA U.S. MAIL]**

Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717
*In Propria Persona*
(408)378-4326
**[VIA U.S. MAIL]**

Ann Miller Ravel
Marcy L. Berkman
Office of the County Counsel
70 West Hedding Street
East Wing, Ninth Floor
San Jose, CA 95110-1770
**[VIA E-FILING]**

For: County of Santa Clara
(408)299-5900
FAX (408)292-7240

Scott N. Schools
United States Attorney
Joann M. Swanson
Chief, Civil Division
James A. Scharf
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
**[VIA E-FILING]**

For: Defendant, Scott N. Schools
(408)535-5044
FAX (408)535-5081