#65824-3-104
TIMOTHY J. SCHMAL, ESQ. #104874
BURLEIGH E. SABIN, ESQ. #250185
BURTON, VOLKMANN & SCHMAL, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Phone: (831) 425-5023
Facsimile: (831) 427-3159

Attorneys for Defendants, CITY OF CAMPBELL,
DANIEL RICH, Campbell City Manager, CITY OF
CAMPBELL COMMUNITY DEVELOPMENT
DEPARTMENT (a legally indistinguishable sub-entity of
the CITY OF CAMPBELL), SUSAN MORGADO-GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GABOR and KAY GABOR,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA BOARD OF SUPERVISORS in their official capacity; KEN YEAGER in his municipal and individual capacity; ANN RAVEL, county counsel, in her municipal and individual capacity; DELORES CARR, district attorney, in her official and individual capacity; LAURIE SMITH, sheriff, in her municipal and individual capacity; CITY OF CAMPBELL, in its municipal capacity; CITY OF CAMPBELL CITY MANAGER DANIEL RICH, in his municipal and individual capacity; CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT in its municipal capacity; SUSAN MORGADO-GRAY in her municipal and individual capacity; EDMUND G. BROWN, JR., | Case No. C07 04266 RMW (HRL)<br><br>**DEFENDANT SUSAN MORGADO-GRAY'S ADR CERTIFICATION STATEMENT** |

| | |
|---|---|
| attorney general, in his official capacity; | ) |
| UNITED STATES ATTORNEY FOR | ) |
| THE NORTHERN DISTRICT OF | ) |
| CALIFORNIA SCOTT N. SCHOOLS in | ) |
| his official capacity and DOES 1-100, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), the undersigned certifies she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California", or the specified portions of the ADR Unit's Internet Site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities and considered whether this case might benefit from any of them.

Defendant Susan Morgando-Gray refuses to engage in any settlement discussions while defendants' motions to dismiss are still pending. Moreover, plaintiffs have now sued the each defense attorney who have appeared in this case, who have done nothing other than represent their respective clients as they are ethically obligated to do so. For the reasons discussed in the pending motion to dismiss, plaintiffs' claims are frivolous and plaintiffs should be declared vexatious litigants. Accordingly, the undersigned respectfully requests that the ADR conference take place after the pending motions to dismiss are adjudicated.

DATED: January 10, 2008                    By: _____
                                              SUSAN MORGANDO-GRAY
                                              Defendant.


DATED: January 10, 2008                    By: _____
                                              TIMOTHY J. SCHMAL
                                              BURLEIGH E. SABIN
                                              Attorneys for Defendants.