| | |
|---|---|
| Case Name: | JOHN GABOR and KAY GABOR v. COUNTY OF SANTA CLARA BOARD OF SUPERVISORS, et al. |
| Case No.: | C07 04266 RMW (HRL) |
| File No.: | 65824-3-104  (Updated 9/10/07) |

**PROOF OF SERVICE - CCP §1013a, 2015.5**

I certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 133 Mission Street, Suite 102, Santa Cruz, CA 95060, which is located in the County where the mailing described below took place.

On the date set forth below, I served a copy of the within

**DEFENDANT SUSAN MORGANDO-GRAY'S ADR CERTIFICATION STATEMENT**

on the parties in this action, by the following means:

__X__ **(BY MAIL)** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

_____ **(BY FEDERAL EXPRESS)** I deposited such envelopes to be placed for collection and handling via Federal Express following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for Federal Express. On the same day that material is placed for collection, it is picked up by Federal Express at Santa Cruz, Santa Cruz County, California.

_____ **(BY FAX TRANSMISSION)** By transmitting a true copy thereof from sending facsimile machine telephone number (831) 427-3159 to the following parties at the receiving facsimile machine numbers shown below. The transmission was completed at ____ M on _____, reported as complete and without error, and the transmission report attached was properly issued by the transmitting facsimile machine.

_____ **(BY PERSONAL SERVICE)** I caused each such envelope to be delivered by hand to the addressee(s) noted below.

__X__ **(FEDERAL COURT)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **VIA E-FILING**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 10, 2008, at Santa Cruz, California.

_Susan Brennan_
Susan Brennan

NAMES AND ADDRESSES OR FAX NUMBERS OF EACH PARTY SERVED:

| | |
|---|---|
| John Gabor<br>590 Smokey Court<br>Campbell, CA  95008-3717<br>*In Propria Persona*<br>(408)378-4326<br>**[VIA U.S. MAIL]** | Kay Gabor<br>590 Smokey Court<br>Campbell, CA  95008-3717<br>*In Propria Persona*<br>(408)378-4326<br>**[VIA U.S. MAIL]** |
| Ann Miller Ravel<br>Marcy L. Berkman<br>Office of the County Counsel<br>70 West Hedding Street<br>East Wing, Ninth Floor<br>San Jose, CA  95110-1770<br>**[VIA E-FILING]** | For:  County of Santa Clara<br>(408)299-5900<br>FAX (408)292-7240 |
| Scott N. Schools<br>United States Attorney<br>Joann M. Swanson<br>Chief, Civil Division<br>James A. Scharf<br>Assistant United States Attorney<br>150 Almaden Boulevard, Suite 900<br>San Jose, CA  95113<br>**[VIA E-FILING]** | For:  Defendant, Scott N. Schools<br>(408)535-5044<br>FAX (408)535-5081 |