#65824-3-104
TIMOTHY J. SCHMAL, ESQ. #104874
BURLEIGH E. SABIN, ESQ. #250185
BURTON, VOLKMANN & SCHMAL, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Phone: (831) 425-5023
Facsimile: (831) 427-3159

Attorneys for Defendants, CITY OF CAMPBELL,
DANIEL RICH, Campbell City Manager, CITY OF
CAMPBELL COMMUNITY DEVELOPMENT
DEPARTMENT (a legally indistinguishable sub-entity of
the CITY OF CAMPBELL), SUSAN MORGADO-GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GABOR and KAY GABOR, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SANTA CLARA BOARD OF SUPERVISORS in their official capacity; KEN YEAGER in his municipal and individual capacity; ANN RAVEL, county counsel, in her municipal and individual capacity; DELORES CARR, district attorney, in her official and individual capacity; LAURIE SMITH, sheriff, in her municipal and individual capacity; CITY OF CAMPBELL, in its municipal capacity; CITY OF CAMPBELL CITY MANAGER DANIEL RICH, in his municipal and individual capacity; CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT in its | Case No. C07 04266 RMW (HRL) <br><br> **DEFENDANTS CITY OF CAMPBELL, CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT, AND DANIEL RICHS' ADR CERTIFICATION STATEMENT** |

| | |
|---|---|
| municipal capacity; SUSAN MORGADO-GRAY in her municipal and individual capacity; EDMUND G. BROWN, JR., attorney general, in his official capacity; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA SCOTT N. SCHOOLS in his official capacity and DOES 1-100,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), the undersigned certifies he has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California", or the specified portions of the ADR Unit's Internet Site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities and considered whether this case might benefit from any of them.

Defendants City of Campbell, City of Campbell Community Development Center, and Daniel Rich refuse to engage in any settlement discussions while defendants' motions to dismiss are still pending. Moreover, plaintiffs have now sued the each defense attorney who have appeared in this case, who have done nothing other than represent their respective clients as they are ethically obligated to do so. For the reasons discussed in the pending motion to dismiss, plaintiffs' claims are frivolous and plaintiffs should be declared vexatious litigants. Accordingly, the undersigned respectfully requests that the ADR conference take place after the pending motions to dismiss are adjudicated.

DATED: January 10, 2008          By: _____
                                 Defendant DANIEL RICH
                                 on behalf of the CITY OF CAMPBELL and the
                                 CITY OF CAMPBELL COMMUNITY
                                 DEVELOPMENT CENTER.

DATED: January 10, 2008          By: _____
                                 Defendant DANIEL RICH
                                 in his individual capacity.

DATED: January 10, 2008          By: _____
                                 TIMOTHY J. SCHMAL
                                 BURLEIGH E. SABIN
                                 Attorneys for Defendants.

---

3
DEFENDANTS ADR CERTIFICATION AND ADR STATEMENT          C07 04266 RMW (HRL)