# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

DATE: January 18, 2008

Case No. C-07-04266-RMW      JUDGE: Ronald M. Whyte

JOHN GABOR, et al.      -V- COUNTY OF SANTA CLARA, et al.
Title

Appeared (Pro Se)                              Appeared
Attorneys Present                              Attorneys Present

COURT CLERK: Jackie Garcia           COURT REPORTER: Lee-Anne Shortridge

## PROCEEDINGS

**DEFENDANT'S MOTION TO DISMISS; MOTION FOR MORE DEFINITE STATEMENT AND MOTION TO STRIKE**

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from the parties. The Court's tentative ruling is grant the motions to dismiss. No tentative on the request to have plaintiffs declared vexatious litigants. The Court vacated the Case Management Conference that was set for today. The Court to issue a final ruling to the parties. The matter is deemed submitted.