```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    MARCY L. BERKMAN, Deputy County Counsel (S.B. #151915)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
 3  San Jose, California 95110-1770
    Telephone: (408) 299-5900
 4  Facsimile: (408) 292-7240

 5  Attorneys for Defendant
    COUNTY OF SANTA CLARA
 6  (ERRONEOUSLY SUED AS COUNTY OF
    SANTA CLARA BOARD OF
 7  SUPERVISORS)
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN GABOR and KAY GABOR,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA<br>BOARD OF SUPERVISORS, et al.,<br><br>  Defendants. | No. C07 04266 RMW (HRL)<br><br>**NOTICE OF ENTRY OF ORDER** |

TO PLAINTIFFS *PRO SE* AND ALL DEFENSE COUNSEL:

PLEASE TAKE NOTICE that an Order Denying Plaintiffs' Motion to Disqualify the Judge was entered by The Honorable Ronald M. Whyte, Judge of the United States District Court, on March 31, 2008. A true copy of the Order is attached hereto and served herewith.

Dated: April 2, 2008

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By:  /S/
    MARCY L. BERKMAN
    Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA
(ERRONEOUSLY SUED AS COUNTY
OF SANTA CLARA BOARD OF
SUPERVISORS)

120229.wpd

E-filed on 3/31/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GABOR and KAY GABOR,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CLARA BOARD OF SUPERVISORS et al.,<br><br>    Defendants. | No. C-07-04266 RMW<br><br>DENYING MOTION TO DISQUALIFY |

    On October 18, 2007, plaintiffs filed a motion to recuse the undersigned. The court denies plaintiffs' motion.

    28 U.S.C. § 144 provides for recusal where a party files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against the party or in favor of an adverse party. The affidavit must state the facts and reasons for such belief. *See* 28 U.S.C. § 144. A judge finding the motion timely and the affidavits legally sufficient must proceed no further and another judge must be assigned to hear the matter. *See id.*; *United States v. Sibla*, 624 F.2d 864, 867 (9th Cir. 1980); Local Rule 3-15. If the judge finds the affidavits are not legally sufficient, recusal is simply denied. *See* 28 U.S.C. § 144; *United States v. $292,888.04 in U.S. Currency*, 54 F.3d 564, 566 (9th Cir. 1995) (affidavit inadequate when based on mere conclusory

1 allegations). A judge is not required to refer a motion to recuse to another judge if the motion is
2 neither timely nor legally sufficient. *See United States v. Scholl*, 166 F.3d 964, 977 (9th Cir. 1999).
3      Plaintiffs' motion to disqualify the judge is legally insufficient to support recusal. Recusal is
4 appropriate where a "reasonable person with knowledge of all the facts would conclude that the
5 judge's impartiality might reasonably be questioned." *Yagman v. Republic Ins.*, 987 F.2d 622, 626
6 (9th Cir. 1993) (citation omitted). However, the papers accompanying plaintiffs' motion set forth a
7 number of adverse rulings made by this court as a basis for recusal that the undersigned is engaged
8 in a conspiracy with all judges in the San Jose division of the Northern District of California to
9 deprive all pro se plaintiffs of due process. The basis of plaintiffs' motion appears to be that the
10 undersigned (and other judges of this division) have ruled adversely to plaintiffs in plaintiffs' prior
11 actions. A court's adverse rulings are not an adequate basis for recusal. *Leslie v. Grupo ICA*, 198
12 F.3d 1152, 1160 (9th Cir. 1999). Therefore, plaintiffs' motion to disqualify the judge in this case is
13 DENIED.

16 DATED:    3/31/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

DENYING MOTION TO DISQUALIFY—No. C-07-04266 RMW  2

1  A copy of this document was sent on ____4/1/08____ to:

**Counsel for Plaintiffs:**
John and Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717
PRO SE

**Counsel for Defendants:**
Marcy Berkman                    marcy.berkman@cco.sccgov.org
Timothy James Schmal             tschmal@bvsllp.com
James A. Scharf                  james.scharf@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

United States District Court
For the Northern District of California

DENYING MOTION TO DISQUALIFY—No. C-07-04266 RMW  3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**PROOF OF SERVICE BY MAIL**

*Gabor, et al. v. County, et al.*　　　　　　　　　　　　　　　No.: C 07-04266 RMW (HRL)

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I served a copy of the **NOTICE OF ENTRY OF JUDGMENT (for Order Denying Defendants' Motion to Disqualify the Judge),** by placing said copy in an envelope addressed to:

John and Kay Gabor
590 Smokey Court
Campbell, CA 95008-3717

which envelope was then sealed, with postage fully prepaid thereon, on **April 2, 2008,** and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery Service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **April 2, 2008,** at San Jose, California.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Anna Marie B. Espiritu