UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: **John Gabor, et. al -v-County of Santa Clara Board of Supervisors, et.al**
Court of Appeals No. _____
U.S. District Court, Division & Judge Name: NDCA, San Jose Division, Judge Ronald M. Whyte
Criminal and/or Civil Case No.: CV-07-04266-RMW
Date Complaint/Indictment/Petition Filed: 8/20/07
Date Appealed order/judgment *entered* 3/31/08
Date NOA 5/19/08
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):    ☐ granted in full (attach order)         ☐ denied in full (send record)
                           ☐ granted in part (attach order)         ☐ pending

Court Reporter(s) Name & Phone Number: Lee-Anne Shortridge 408.287.4580

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: __NO FEE__                Date Docket Fee Billed:
Date FP granted:                                 Date FP denied:
Is FP pending? ☐ yes  ☐ no                       Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
Appellant Counsel:                               Appellee Counsel:
**John Gabor and Kay Gabor**                     **See Attachments:**
590 Smokey Court
Campbell, CA 95008


☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                     Address:  See Above
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
**Date Fees Paid:**                              9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Cita Escolano for Diane M.
408.535.5391   May 19, 2008

Appellee's Counsel

**Defendant County of Santa Clara Board of Supervisors**
*in their official capacity* represented by **Marcy Berkman**
Attorney at Law
70 West Hedding Street, 9th Floor, East Wing
San Jose, CA 95110
408-299-5900
Email: marcy.berkman@cco.sccgov.org

**Defendant Ken Yeager**
*in his municipal and individual capacity* **Defendant Ann Ravel**
*county counsel, in her municipal and individual capacity* **Defendant Delores Carr**
*District Attorney, in her official and individual capacity* **Defendant Laurie Smith**
*Sheriff, in her municipal and individual capacity* **Defendant City of Campbell**
*in its municipal capacity* represented by **Timothy James Schmal, Esq.**
Burton, Volkmann & Schmal, LLP
133 Mission Street
Suite 102
Santa Cruz, CA 95060
831-425-5023
Fax: 831-427-3159
Email: TSchmal@bvsllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Burleigh E Sabin**
Burton Volkmann and Schmal
133 Mission Street
Suite 102
Santa Cruz, CA 95060
831-425-5023
Fax: 831-427-3159
*ATTORNEY TO BE NOTICED*

**Defendant** Daniel Rich
*City of Campbell, City Manager in his official and individual capacity* represented by **Timothy James Schmal, Esq.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Burleigh E Sabin**
(See above for address)
*ATTORNEY TO BE NOTICED* **Defendant** City of Campbell Community Development Department
*in its municipal capacity* represented by **Timothy James Schmal, Esq.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Burleigh E Sabin**
(See above for address)
*ATTORNEY TO BE NOTICED* **Defendant** Susan Morgado-Gray
*in her municipal and individual capacity* represented by **Timothy James Schmal, Esq.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Burleigh E Sabin**
(See above for address)
*ATTORNEY TO BE NOTICED* **Defendant** Edmund Brown, Jr
*Attorney General, in his official capacity*
*TERMINATED: 09/12/2007* represented by **Bradley Alan Solomon**
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
415-703-5627
Email: bradley.solomon@doj.ca.gov
*TERMINATED: 09/12/2007*
*ATTORNEY TO BE NOTICED* **Defendant** Scott N. Schools
*United States Attorney for the Northern District of California in his official capacity* represented by **James A. Scharf**
Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
(408) 535-5044
Fax: (408) 535-5081
Email: james.scharf@usdoj.gov