**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

May 19, 2008

**John Gabor** and **Kay Gabor**
590 Smokey Court
Campbell, CA 95008-3717
408-378-4326

SUBJECT:    Request for Payment of Docket Fee

**Title: John Gabor et.al -v- County of Santa Clara Board of Supervisors,et.al**
**Case Number: CV-07-4266-RMW**
Court of Appeals Number:

A notice of appeal was filed with this Court on 5/19/08 and the docketing fee of $455.00 has not been received. Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Cita F. Escolano*

Case Systems Administrator
For Diane Miyashiro

cc: U.S. Court of Appeals