```
#65824-3-104
TIMOTHY J. SCHMAL, ESQ. #104874
BURLEIGH E. SABIN, ESQ. #250185
BURTON, SCHMAL & DiBENEDETTO, LLP
133 Mission Street, Suite 102
Santa Cruz, CA 95060
Phone: (831) 425-5023
Facsimile: (831) 427-3159

Attorneys for Defendants, CITY OF CAMPBELL,
DANIEL RICH, Campbell City Manager, CITY OF
CAMPBELL COMMUNITY DEVELOPMENT
DEPARTMENT (a legally indistinguishable sub-
entity of the CITY OF CAMPBELL), SUSAN
MORGADO-GRAY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN GABOR and KAY GABOR,<br><br>            Plaintiffs,<br><br>     vs.<br><br>COUNTY OF SANTA CLARA BOARD OF SUPERVISORS in their official capacity; KEN YEAGER in his municipal and individual capacity; ANN RAVEL, county counsel, in her municipal and individual capacity; DELORES CARR, district attorney, in her official and individual capacity; LAURIE SMITH, sheriff, in her municipal and individual capacity; CITY OF CAMPBELL, in its municipal capacity; CITY OF CAMPBELL CITY MANAGER DANIEL RICH, in his municipal and individual capacity; CITY OF CAMPBELL COMMUNITY DEVELOPMENT DEPARTMENT in its municipal capacity; SUSAN MORGADO-GRAY in her municipal and individual capacity; EDMUND G. BROWN, JR., attorney general, in his official capacity; UNITED STATES ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA SCOTT N. SCHOOLS in his official capacity and DOES 1-100,<br><br>            Defendants. | Case No. C07 04266 RMW (HRL)<br><br>**NOTICE OF CHANGE OF FIRM NAME** |

1

2  TO:  ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

3      PLEASE TAKE NOTICE that effective July 7, 2008, the new firm name of counsel for

4  named party/parties is as follows:

5      BURTON, SCHMAL & DiBENEDETTO, LLP
       133 Mission Street, Suite 102
6      Santa Cruz, CA  95060
       Telephone:  (831)425-5023
7      FAX:  (831)427-3159

8      The address and telephone/fax numbers remain the same.

9

10 DATED: July 23, 2008                BURTON, SCHMAL & DiBENEDETTO, LLP

11

12                                     By: _____
                                           TIMOTHY J. SCHMAL
13                                         Attorney for Defendants, CITY OF
                                           CAMPBELL, DANIEL RICH, Campbell
14                                         City Manager, CITY OF CAMPBELL
                                           COMMUNITY DEVELOPMENT
15                                         DEPARTMENT (a legally indistinguishable
                                           sub-entity of the CITY OF CAMPBELL),
16                                         SUSAN MORGADO-GRAY.

17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF CHANGE OF FIRM NAME                    2                    C07 04266 RMW (HRL)